# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

Las Uvas Valley Dairy

**3. Debtor's federal Employer Identification Number (EIN)**  8 5 – 0 4 5 6 9 5 2

**4. Debtor's address**

**Principal place of business**
1261 Hilburn Road
Number    Street

Hatch, NM 87937
City       State   ZIP Code

Dona Ana
County

**Mailing address, if different from principal place of business**
HCR Box 400
Number    Street

P.O. Box
Hatch, NM 87937
City       State   ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number    Street

_____
City       State   ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership          Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                         MM / DD / YYYY

        District _____  When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                MM / DD / YYYY

        Case number, if known _____

Debtor  LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership   Case number *(if known)* _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** 1261 Hillburn Road
       Number  Street

    Hatch   NM
    City   State
    87937
    ZIP Code

    **Is the property insured?**

    ☐ No

    ☑ Yes.  Insurance agency  Great American Insurance Company
           Contact name  Agsure, Inc
           Phone  5052172415

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor     LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership     Case number *(if known)* _____
             Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/14/2017
                MM/ DD/ YYYY

X     /s/ Dean Horton             Dean Horton
Signature of authorized representative of debtor      Printed name

Title     General Partner

**18. Signature of attorney**

X     /s/ George M. Moore           Date   09/14/2017
Signature of attorney for debtor                             MM/ DD/ YYYY

Printed name

Askew & Mazel, LLC
Firm name

1122 Central Ave Sw
Number     Street

Albuquerque             NM        87102-2947
City                                State        ZIP Code

(505) 433-3097            georgemoore@askewmazelfirm.com
Contact phone                      Email address

1854                        NM
Bar number                         State

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
LAS UVAS VALLEY DAIRIES,
A New Mexico General Partnership,　　　　　　　　　　　　　Case No.:
　　　Debtor.　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, Dean L. Horton, Frances H. Horton, Loren Horton and Mitchell Horton, declare under penalty of perjury that:

1. Dean L. Horton is a General Partner of Las Uvas Valley Dairies, a New Mexico General Partnership, and that the following is a true and correct copy of the resolutions adopted by the General Partners of said general partnership at a special meeting duly called and held on the 14th day of September, 2017.
2. The four of us are the only partners of Las Uvas Valley Dairies, and we sign this statement to evidence our unanimous consent to the filing of a voluntary petition by the partnership.

"Whereas, it is in the best interest of this general partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dean L. Horton, as a General Partner of this general partnership, is authorized and directed to execute and deliver all document necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the general partnership; and

Be It Further Resolved, that Dean L. Horton, as a General Partner of this general partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the general partnership in connection with such bankruptcy case, and

Be It Further Resolved, that Dean L. Horton, as a General Partner of this general partnership, is authorized and directed to employ George M. Moore, Attorney and the law firm of Askew & Maze, LLC to represent the partnership in such bankruptcy case."

Date: 9-14-2017　　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dean L. Horton, partner

Date: 9-14-2017　　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Frances H. Horton, partner

Date: 9-14-2017　　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Loren Horton, partner

Date: 9-14-2017　　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mitchell Horton, partner

# United States Bankruptcy Court
## District of New Mexico

In re: **Las Uvas Valley Dairies, a New Mexico General Partnership**

Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dean Horton<br>HCR Box 400<br>Hatch, NM 87937 | | 45% | |
| Frances Horton<br>HCR Box 400<br>Hatch, NM 87937 | | 45% | |
| Loren Horton<br>11110 Dona Ana Rd<br>Las Cruces, NM 88007 | | 5% | |
| Mitchell Horton<br>2551 Mesilla Hills Drive<br>Las Cruces, NM 88007 | | 5% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Dean Horton, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _September 14, 2017_   Signature _/s/ Dean L. Horton_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ag Sure<br>5501 Eagle Rock Ave NE Ste A1<br>Albuquerque, NM 87113-2543 | Ag Sure | Insurance | | | | $138,500.45 |
| 2 | Alta Genetics USA Inc.<br>N8350 High Road<br>Po Box 437<br>Watertown, WI 53094-0437 | Alta Genetics USA Inc. | Breeding | | | | $305,514.80 |
| 3 | Animal Health International<br>Department #1305<br>Denver, CO 80256-0001 | Animal Health International | Dairy Medicine & Supplies | | | | $284,434.98 |
| 4 | Cattle Feeds<br>Po Box 8178<br>Roswell, NM 88202-8178 | Cattle Feeds | Alfalfa and Grass Hay | | | | $368,562.80 |
| 5 | Cereal Byproducts<br>Po Box 6700<br>Carol Stream, IL 60197-6700 | Cereal Byproducts | Feed | | | | $201,780.37 |
| 6 | CJ & Son's Transport<br>305 Monte Vista Rd SW<br>Deming, NM 88030-7912 | CJ & Son's Transport | Feed Hauling | | | | $221,125.20 |
| 7 | DBS Commodities<br>184 E Darby Rd<br>Dexter, NM 88230-9722 | DBS Commodities | Feed | | | | $857,920.00 |
| 8 | Dona Ana County Treasurer<br>Po Box 1179<br>Las Cruces, NM 88004-1179 | Dona Ana County Treasurer | Tax Lien on all property in Dona Ana | | | | $216,975.10 |

Debtor    LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership          Case number *(if known)* _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Eagle Supply Commodities<br>Po Box 2563<br>Buffalo, NY 14240-2563 | Eagle Supply Commodities | Feed | | | | $297,833.64 |
| 10 | Estelle Farms<br>8789 N Coffman Rd<br>Mc Neal, AZ 85617-9539 | Estelle Farms | Oat/Hay | | | | $122,584.41 |
| 11 | Hansen Mueller<br>12231 Emmet St Ste 1<br>Omaha, NE 68164-4189 | Hansen Mueller | Feed | | | | $110,519.39 |
| 12 | Hi Pro Feeds<br>Po Box 675032<br>Dallas, TX 75267-5032 | Hi Pro Feeds | Feed | | | | $175,217.09 |
| 13 | Imperial Western Products, Inc.<br>Po Box 1110<br>Coachella, CA 92236-1110 | Imperial Western Products, Inc. | Feed | | | | $98,723.34 |
| 14 | Ludwig Farms<br>699 W. Conway Ave<br>Las Cruces, NM 88005-7715 | Ludwig Farms | Custom Harvesting | | | | $174,622.76 |
| 15 | Madero Dairy Systems, Inc.<br>12236 Cutten Rd<br>Houston, TX 77066-1810 | Madero Dairy Systems, Inc. | Parts and repairs | | | | $146,563.43 |
| 16 | Pinnacle Agriculture<br>PO Box 2659<br>Anthony, NM 88021-2659 | Pinnacle Agriculture | Fertilizer and Supplies | | | | $764,394.74 |
| 17 | Ramos Farms<br>PO Box 612<br>Lordsburg, NM 88045 | Ramos Farms | Alfalfa Hay | | | | $178,709.48 |
| 18 | Raul Zamora<br>PO Box 146<br>Elfrida, AZ 85610 | Raul Zamora | Alfalfa Hay | | | | $110,954.01 |
| 19 | Southern Dairy Supply Co.<br>4661 Montana Ave<br>El Paso, TX 79903-4707 | Southern Dairy Supply Co. | Supplies | | | | $79,040.61 |
| 20 | Tallgrass Commodities<br>PO Box 110<br>Wamego, KS 66547-0110 | Tallgrass Commodities | Feed | | | | $117,262.93 |