UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES,                        No. 17-12356-j11

    Debtor.

**ORDER REASSIGNING THE PRESIDING JUDGE IN THIS BANKRUPTCY CASE**

It appearing to the Court that the reassignment of this case to another judge will facilitate its administration,

IT IS ORDERED that the above case is reassigned to the Honorable Robert H. Jacobvitz. All future documents filed in this bankruptcy case should bear the judge and location initials above.

_____
DAVID T. THUMA
United States Bankruptcy Judge

Date entered on docket: September 18, 2017

George M Moore
1122 Central Ave. SW; Suite 1
Albuquerque, NM 87102

James A Askew
1122 Central Ave. SW; Suite 1
Albuquerque, NM 87102

United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608