# CERTIFICATE OF NOTICE

District/off: 1084-1    User: melissa    Page 1 of 3    Date Rcvd: Sep 18, 2017
                        Form ID: ntcchg   Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
db              LAS UVAS VALLEY DAIRIES,    HCR Box 400,    Hatch, NM  87937
3678115         3CRW Big O,    Po Box 2909,    Silver City, NM 88062-2909
3678116         4Rivers Equipment,    1441 RV Drive,    El Paso, TX 79928
3678123         AT Disposal,    705 E Bordo Rd SW,    Deming, NM 88030
3678117        +Ag Direct,    5015 South 118th Street,    PO Box 2409,    Omaha, NE 68103-2409
3678118         Ag Sure,    5501 Eagle Rock Ave NE Ste A1,    Albuquerque, NM 87113-2543
3678119         AgriTech Analytics,    5545 Avenida De Los Robles,    Visalia, CA 93291-5141
3678120         Alamo Livestock,    Po Box 13311,    El Paso, TX 79913-3311
3678121         Alta Genetics USA Inc.,    N8350 High Road,    Po Box 437,    Watertown, WI 53094-0437
3678122         Animal Health International,    Department #1305,    Denver, CO 80256-0001
3678124         Baron Supply,    Po Box 2632,    Anthony, NM 88021-2632
3678125         Big River Partnership, Inc.,    Po Box 165,    Garfield, NM 87936-0165
3678126         Border International,    2701 W Amador Ave,    Las Cruces, NM 88005-4023
3678127         Burns Butane Company, Inc.,    Po Box 342,    Hatch, NM 87937-0342
3678134         CJ & Son's Transport,    305 Monte Vista Rd SW,    Deming, NM 88030-7912
3678129         Cargill Animal Nutrition,    PO Box 842621,    Dallas, TX 75284-2621
3678130         Carquest,    301 E Pine St,    Deming, NM 88030-3738
3678131         Cattle Feeds,    Po Box 8178,    Roswell, NM 88202-8178
3678132         Cereal Byproducts,    Po Box 6700,    Carol Stream, IL 60197-6700
3678133         Chairez Trucking,    Po Box 85,    Salem, NM 87941-0085
3678136         Commodities Specialists,    Po Box 802233,    Kansas City, MO 64180-2233
3678137         Commodity & Ingredient Hedging LLC,    120 S La Salle St Ste 2200,    Chicago, IL 60603-3404
3678138         Crest Automation,    2913 El Camino Real # 119,    Tustin, CA 92782-8909
3678139         Cumberland Lab,    Po Box 999,    Waynesboro, PA 17268-0999
3678140         DBS Commodities,    184 E Darby Rd,    Dexter, NM 88230-9722
3678143         DHI Computing Service, Inc.,    1525 West 820 North,    Po Box 51427,    Provo, UT 84605-1427
3678141         De Lage Landen Financial,    PO Box 41602,    Philadelphia, PA 19101-1602
3678142         Dean Horton, General Partner,    HCR Box 400,    Hatch, NM 87937
3678144         Dona Ana County Treasurer,    Po Box 1179,    Las Cruces, NM 88004-1179
3678145         Double K,    4024 S Spring Loop,    Roswell, NM 88203-9625
3678146         Eagle Supply Commodities,    Po Box 2563,    Buffalo, NY 14240-2563
3678147         Eagle Supply Company, LLC,    Po Box 2563,    Buffalo, NY 14240-2563
3678148         El Paso Electric,    Po Box 650801,    Dallas, TX 75265-0801
3678149         Estelle Farms,    8789 N Coffman Rd,    Mc Neal, AZ 85617-9539
3678150        +Farm Credit of New Mexico, ACA,    Production Credit Assoc of Southern NM,
                 Attn: Gregory Carrasco,    PO Box 15039,    Las Cruces, NM 88004-5039
3678151         Fleet Pride, Inc.,    Po Box 847118,    Dallas, TX 75284-7118
3678152         Frances Horton, General Partner,    HCR Box 400,    Hatch, NM 87937
3678153         Fred Zamora,    Po Box 531,    Elfrida, AZ 85610-0531
3678154         Genske, Mulder & Company, LLP,    3187 Red Hill Ave Ste 110,    Costa Mesa, CA 92626-3446
3678155         Gordon Environmental, Inc.,    213 S Camino Del Pueblo,    Bernalillo, NM 87004-5973
3678157         H20 Deming, LLC,    3750 8th St Sw,    Deming, NM 88030-7733
3678158        +Hansen Mueller,    12231 Emmet St Ste 1,    Omaha, NE 68164-4191
3678159         Hatch Auto Electric,    Po Box 290,    Hatch, NM 87937-0290
3678160         Hatfield Manufacturing, Inc.,    1823 Shoestring Rd,    Gooding, ID 83330-5361
3678161         Hi Pro Feeds,    Po Box 675032,    Dallas, TX 75267-5032
3678162         Honstein Oil,    11 Paseo Real,    Santa Fe, NM 87507-8482
3678163         I & A Transportation, LLC,    Po Box 85,    Salem, NM 87941-0085
3678164        +IAS Laboratories,    2515 E University Dr,    Phoenix, AZ 85034-6971
3678165         Imerys,    Po Box 102927,    Atlanta, GA 30368-2927
3678168         Iron City Equipment,    2555 W Amador Ave Ste D,    Las Cruces, NM 88005-4028
3678169        +Kunafin,    PO Box 190,    13955 N Highway 277,    Quemado, TX 78877-7837
3678170         Laird Manufacturing,    531 S State Highway 59,    Merced, CA 95341-6925
3678171         Landus Cooperative,    Po Box 68,    Ralston, IA 51459-0068
3678172        +Loren Horton, General Partner,    11110 Dona Ana Rd.,    Las Cruces, NM 88007-6129
3678173         Ludwig Farms,    699 W. Conway Ave,    Las Cruces, NM 88005-7715
3678174         Luna County Treasurer,    PO Box 1758,    Deming, NM 88031-1758
3678175         Madero Dairy Systems, Inc.,    12236 Cutten Rd,    Houston, TX 77066-1810
3678176         Mesa Feed Company,    Po Box 100,    Hatch, NM 87937-0100
3678177        +MetLife Agricultural Finance,    Southern Regional Office,    6750 Poplar Avenue Ste. 109,
                 Memphis, TN 38138-7407
3678178         Michael Conner, PH D,    398 County Road 539,    Hico, TX 76457-3343
3678179         Midwest Bio Systems, Inc.,    28933 35 E St,    Tampico, IL 61283-9003
3678180        +Mitchell Horton, General Partner,    2551 Mesilla Hills Dr.,    Las Cruces, NM 88005-4652
3678181         Mixer Center Roswell LLC,    990 E South Loop,    Stephenville, TX 76401-1275
3678182         Morrison Supply,    Po Box 309,    Fort Worth, TX 76101-0309
3678183         Nasco,    Po Box 901,    Fort Atkinson, WI 53538-0901
3678184         Nathan Segal,    10646 N. Norman Rd.,    Elfrida, AZ 85610
3678185         New Mexico Gas Company,    2161 Sanford Wilson Rd,    T or C, NM 87901-3126
3678186         New Mexico Irrigation,    3790 McCan Rd SE,    Deming, NM 88030-7187
3678189         Ortega Trucking,    1130 Dairy Farm Rd,    Anthony, NM 88021-8805
3678190         Peacock Brothers,    43214 D US 70,    Portales, NM 88130-9036
3678191         Pinnacle Agriculture,    PO Box 2659,    Anthony, NM 88021-2659
3678192         Pipe Metal Sales, Inc.,    Po Box 397,    Mesilla Park, NM 88047-0397
```

```
3678193         +Ramos Farms,    PO Box 612,    Lordsburg, NM 88045-0612
3678194         +Raul Zamora,    PO Box 146,    Elfrida, AZ 85610-0146
3678195          Roggow Law LLC,    James A. Roggow,    205 W Boutz Rd Bldg 2 Ste C,    Las Cruces, NM 88005-3259
3678196          Rush Truck Center,    PO Box 2208,    Decatur, AL 35609-2208
3678205         +ST Genetics,    PO Box 164,    Mehoopany, PA 18629-0164
3678197         +Sanco Oil Co.,    PO Box 1347,    Fairacres, NM 88033-1347
3678307         +Securities & Exchange Commission,    Attn: Reorganization,    1961 Stout Street, Suite 1700,
                  Denver CO 80294-1700
3678198         +SemiTorr Group, Inc.,    10655 SW Manhasset Dr.,    Tualatin, OR 97062-8588
3678199          Sherman Pease Scale,    1012 Wall St,    El Paso, TX 79915-1013
3678200          South Plains Implement, Ltd,    125 Highway 192,    PO Box 609,    Mesquite, NM 88048-0609
3678201          Southern Dairy Supply Co.,    4661 Montana Ave,    El Paso, TX 79903-4707
3678202          Southwest Disposal LC,    PO Box 369,    Las Cruces, NM 88004-0369
3678203         +Southwest Veterinary Clinic,    PO Box 446,    Deming, NM 88031-0446
3678204          Southwest Well Scan,    12700 W Bristolwood Ln,    Tucson, AZ 85735-2499
3678206          State of NM Commissioner of Public Lands,    Po Box 1148,    Santa Fe, NM 87504-1148
3678207          Tallgrass Commodities,    PO Box 110,    Wamego, KS 66547-0110
3678208         +The Dairy Authority, LLC,    8215 W 20th St., Unit A,    Greeley, CO 80634-3032
3678209          Two Rivers Veterinary Supply, LLC,    8215 W 20th St Unit B,    Greeley, CO 80634-3032
3678210          United Refrigeration Inc.,    PO Box 677036,    Dallas, TX 75267-7036
3678211          Univar USA, Inc.,    PO Box 740896,    Los Angeles, CA 90074-0896
3678212          Valley Ag,    PO Box 740729,    Los Angeles, CA 90074-0729
3678213          Vermeer Sales Southwest, Inc.,    Attn: Kyle Pieratt,    436 S Hamilton Ct,
                  Gilbert, AZ 85233-5521
3678214          Virtus Nutrition,    PO Box 738,    Turlock, CA 95381-0738
3678216          Waltrex Corporation,    2001 E Lohman Ave Ste 110-319,    Las Cruces, NM 88001-3167
3678217          Wild West Pest Control,    1831 View Ct,    Las Cruces, NM 88011-4962
3678218          Willie Villegas Jr.,    Po Box 596,    Salem, NM 87941-0596
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3678128          Fax: 916-636-2600 Sep 19 2017 01:20:32     California State Disbursement,    PO Box 989067,
                  W Sacramento, CA 95798-9067
3678135          E-mail/Text: chuckk@col-coop.com Sep 19 2017 01:14:23     Columbus Electric Co-op,    Po Box 631,
                  Deming, NM 88031-0631
3678156          E-mail/Text: scd_bankruptcynotices@grainger.com Sep 19 2017 01:14:23     Grainger,
                  Dept. 803322957,    Po Box 419267,    Kansas City, MO 64141-6267
3678166          E-mail/Text: kjankowski@iwpusa.com Sep 19 2017 01:14:14     Imperial Western Products, Inc.,
                  Po Box 1110,    Coachella, CA 92236-1110
3678167          E-mail/Text: cio.bncmail@irs.gov Sep 19 2017 01:14:16     Internal Revenue Service,
                  Po Box 7346,    Philadelphia, PA 19101-7346
3678188          E-mail/Text: TRD-bankruptcyunit@state.nm.us Sep 19 2017 01:14:13
                  NM Taxation & Revenue Department,    Bankruptcy Support,    Po Box 8575,
                  Albuquerque, NM 87198-8575
3678187          E-mail/Text: NMMBillingandCollections@nmmcc.com Sep 19 2017 01:14:26     New Mexico Mutual,
                  Po Box 27805,    Albuquerque, NM 87125-7805
3678215          E-mail/Text: Financial_Services@wagnerequipment.com Sep 19 2017 01:14:43
                  Wagner Equipment Co.,    PO Box 919000,    Denver, CO 80291-9000
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Gary Genske,    c/o Genske, Mulder & Company, LLP
acc             Mike Converse,    c/o Genske, Mulder & Company, LLP
                                                                              TOTALS: 2, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1084-1           User: melissa              Page 3 of 3             Date Rcvd: Sep 18, 2017
                               Form ID: ntcchg            Total Noticed: 106
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:

```
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Bonnie P. Bassan    on behalf of Debtor    LAS UVAS VALLEY DAIRIES bonniebassan@askewmazelfirm.com,
               maryvallejos@askewmazelfirm.com;askewmazelign@gmail.com
              Daniel Andrew White    on behalf of Debtor    LAS UVAS VALLEY DAIRIES dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmaz
               elfirm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;sthomas@askewmazelfirm.com
              Daniel J Behles    on behalf of Debtor    LAS UVAS VALLEY DAIRIES danbehles@askewmazelfirm.com,
               maryvallejos@askewmazelfirm.com;djbehles@gmail.com;askewmazelign@gmail.com
              Edward Alexander Mazel    on behalf of Debtor    LAS UVAS VALLEY DAIRIES edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;pstice@askewmazelfirm.com;askewmazelign@gmail.com;ericanunez@askewmazel
               firm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com
              Gary A. Barnes    on behalf of Creditor    Metropolitan Life Insurance Company
               gbarnes@bakerdonelson.com
              George M Moore    on behalf of Debtor    LAS UVAS VALLEY DAIRIES georgemoore@askewmazelfirm.com,
               maryvallejos@askewmazelfirm.com;askewmazelign@gmail.com
              Jacqueline  Ortiz    on behalf of Debtor    LAS UVAS VALLEY DAIRIES jortiz@askewmazelfirm.com,
               pstice@askewmazelfirm.com;lharper@askewmazelfirm.com;hkinney@askewmazelfirm.com;askewmazelign@gma
               il.com;ericanunez@askewmazelfirm.com
              James A Askew    on behalf of Debtor    LAS UVAS VALLEY DAIRIES jaskew@askewmazelfirm.com,
               askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmazelfirm.com;lharper@askewmaze
               lfirm.com;agarcia@askewmazelfirm.com;hkinney@askewmazelfirm.com
              Susan  Mathews    on behalf of Creditor    Metropolitan Life Insurance Company
               smathews@bakerdonelson.com,  achaffin@bakerdonelson.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.: 17−12356−j11
Chapter: 11
Judge: Robert H. Jacobvitz
Judge/341 Location: JA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

LAS UVAS VALLEY DAIRIES
a New Mexico General Partnership
 dba Las Uvas Valley Dairy
HCR Box 400
Hatch, NM 87937
Tax ID No: 85−0456952

## NOTICE OF CHANGE RELATED TO MEETING OF CREDITORS

The indicated information in the Notice of Chapter 11 Bankruptcy Case is changed to be as shown below:

☑ **Date:** Thursday, October 19, 2017

☑ **Time:** 11:00 AM

☐ **Location:** Creditors' Meeting Room, Federal Building and U.S. Courthouse, 500 Gold Ave SW, 12th Flr, Rm 12411, Albuquerque, NM 87102

    Norman H. Meyer, Jr.
    Clerk of Court

nm_ntcchg341.jsp