# UNITED STATES BANKRUPTCY COURT
## FOR THE DSTRICT OF NEW MEXICO, ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| **LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership** § § | | 17-12356-j11 |
| Debtors. § | | Chapter 11 |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned appears for Hi Pro, a party in interest in this case, and requests that all notices given and papers served in this case be given to and served on the undersigned at Jeff Actkinson, Aldridge, Actkinson & Rutter, L.L.P., P. O. Box 286, Farwell, Texas 79325, E-mail: jeffactkinson@amaonline.com.

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before this Court in this case.

-Jeff Actkinson-
Jeff Actkinson
Texas Bar No. 24001624
E-Mail: jeffactkinson@amaonline.com
P. O. Box 286
Farwell, Texas 79325
Tel. (806) 481-3361
Fax. (806) 481-9060
Attorney for Hi Pro

## CERTIFICATE OF SERVICE

I hereby certify that on September 21st, 2017, a true and correct copy of Notice of Appearance was served electronically by the Federal Bankruptcy court electronic filing system.

-Jeff Actkinson-
Jeff Actkinson