# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
**LAS UVAS VALLEY DAIRIES,**
**a New Mexico General Partnership,**
    Debtor.                                         No. 17-12356-j11

## MOTION FOR EXTENSION OF TIME FOR DEBTOR TO FILE ITS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW the Debtor, by counsel, and moves the Court for its order extending the time within which the Debtor is required to file its Schedules and Statement of Financial Affairs, and for cause, states:

1. The petition was filed herein on September 15, 2017.

2. The original deadline for Debtor to file its Schedules and Statement of Financial Affairs is September 29, 2017.

3. Debtor will not be able to assemble the information required to complete its Schedules and Statement of Financial Affairs by the September 29, 2017 deadline.

4. Debtor requests an extension of time to file its Schedules and Statement of Financial Affairs until and including October 4, 2017, in advance of its Meeting of Creditors (Section 341 Meeting), which has been scheduled for October 19, 2017.

5. The Office of the United States Trustee has provided its consent to the requested extension.

WHEREFORE, Debtor prays for an order extending the deadline to file its Schedules and Statement of Financial Affairs through and including October 4, 2017, and for such other relief as the Court deems appropriate.

Respectfully submitted by:
ASKEW & MAZEL, LLC
Counsel for Debtor
s/ submitted electronically
George M. Moore
1122 Central Ave. SW, Ste 1
Albuquerque, NM 87102
(505) 433-3097
Fax: (505) 717-1494
georgemoore@askewmazelfirm.com

I