# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

LAS UVAS VALLEY DAIRIES,
a New Mexico general partnership,

                                                 Case No. 17-12356-j11

        Debtor.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Rodey, Dickason, Sloan, Akin & Robb, P.A., (Charles R. Hughson) hereby enters its appearance on behalf of creditor Hansen-Mueller Co. in the above captioned matter and requests that all Notices be sent to it at the address shown below.

                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                              By:   /s/ Charles R. Hughson
                                        Charles R. Hughson
                                        Post Office Box 1888
                                        Albuquerque, NM 87103
                                        Telephone: (505) 768-7239
                                        chughson@rodey.com
                                        *Attorneys for Creditor*
                                        *Hansen-Mueller Co.*

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing pleading was served on all parties entitled to notice via the Court's CM/ECF electronic filing system on October 4, 2017, the same date the foregoing was filed.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

/s/ Charles R. Hughson
Charles R. Hughson

2579087.1    19026/74698    10/04/2017