# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES

Debtor,                                              Case No. 17-12356-j11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW**, Clifford C. Gramer, Jr., and appears in the above bankruptcy case on behalf of DEAN L. HORTON and FRANCES H. HORTON, partners and equity security holders, personally, and requests copies of all pleadings filed and notices given in the above bankruptcy case pursuant to Bankruptcy Rule 2002 and other provisions of the Bankruptcy Code, Bankruptcy Rules and Local Rules.

            Respectfully submitted,

            */s/ Clifford C. Gramer, Jr.*
            <u>Submitted electronically</u>
            3733 Eubank Boulevard NE
            Albuquerque, NM  87111-3536
            (505) 888-4500
            (505) 293-0831 fax
            cliffordgramerlaw@gmail.com
            *Attorney for Dean L. Horton*
            *and Frances H. Horton*

## CERTIFICATE OF SERVICE

      I certify that this 4th day of October 2017, the above pleading was served on those parties and counsel that receive electronic notifications and service through the Bankruptcy's Court's CM/ECF electronic filing and notification system in this bankruptcy case.

      /s/ Clifford C. Gramer, Jr.
<u>Filed Electronically</u>
Clifford C. Gramer, Jr.