UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
**LAS UVAS VALLEY DAIRIES,**
a New Mexico General Partnership,
    Debtor.                                          **Case No. 17-12356-j11**

## LATE NOTICE TO ADDITIONAL PARTIES OF BANKRUPTCY CASE FILING, MEETING OF CREDITORS, AND DEADLINES

      A Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Original Notice") was mailed to creditors on September 17, 2017. A copy of the Original Notice is enclosed. If the debtor is an individual, a copy of the Statement of Social Security Number (Form 121) ("Statement") is also enclosed. The debtor believes the Original Notice was not sent to you.

      Please review the Original Notice carefully; it contains several important dates and deadlines. Because you are receiving this notice late, you may want to consult an attorney to determine what rights, if any, you have arising from the late notice.

      If you need to file anything in this case, use the court address in the Original Notice. Attorneys are required to file documents electronically. If this is a chapter 7 case, do not file a proof of claim unless a Notice of Deadline to File Proof of Claim is enclosed with this notice. If this is a chapter 13 case, instructions for obtaining a proof of claim form are in the Original Notice.

                                          Respectfully submitted,
                                          ASKEW & MAZEL, LLC
                                          Attorneys for Debtor

                                   By: */s/filed electronically*
                                          George M. Moore
                                          1122 Central Ave. SW, Ste. 1
                                          Albuquerque, New Mexico 87102
                                          (505) 433.3097 (phone)
                                          (505) 717.1494 (fax)
                                          georgemoore@askewmazelfirm.com

This certifies that on October 5, 2017, a copy of the foregoing pleading was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance in this case and via first class U.S. Mail upon the following additional creditors:

Dairy Farmers of America
Risk Management
PO Box 909700
Kansas City, MO 64190-9700

Verizon Wireless
PO Box 291089
Columbia, SC 29229-0019

WW Dairy Cattle, LLC
1028 D. Rd
Quinter, KS 67752-9602


s/ *filed electronically*
George M. Moore