# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership,

    Debtor.                                                      No. 17-12356-j11

## FARM CREDIT'S EXHIBIT LIST FOR
## CASH COLLATERAL HEARING OF 10/12/2017

Creditor, Farm Credit of New Mexico, FLCA, and its wholly owned subsidiary, Production Credit Association of Southern New Mexico, disclose in conformity with the Court's Order regarding cash collateral motion, the following exhibits:

A. Schedules and Statements

B. Debtor's Proposal for Loan – January 2016

C. Loan Approval 2/19/2016

D. Loan xxx4566

E. Loan xxx0837

F. Default Notice 9/28/16; Restructuring Agreements: 12/1/16, Amendment to restructuring Agreement 5/17/17, Second Amendment to Restructuring Agreement 6/13/17, Third Amendment to Restructuring Agreement 6/30/17, Fourth Amendment to Restructuring Agreement 7/14/17

G. Forbearance Agreement

H. Genske, Mulder & Company Average of Top 25% New Mexico dairy clients and projections for Las Uvas

I. July 31, 2017 Las Uvas Inventory Report

J. August 31, 2017 Las Uvas Inventory Report

K. October 1, 2017 Las Uvas Inventory Report

1

L. August 31, 2017 Las Uvas 8 months (2017) Financials

M. September 28, 2017 Request for Information

N. 2017 Cattle Shipment Log

O. October 2, 2017 Rations

P. Las Uvas Financials (2014 – June 30, 2017) Analysis

Q. Las Uvas Budget Comparison   October 2017 – March 2018

R. Monthly Ration Calculations Cost

S. Balance of Debt Owed to PCA/Farm Credit

T. Rule 1006 Documents Underlying Summaries (Ex. P, Q, R)

**RESPECTFULLY SUBMITTED BY**:

ROGGOW LAW, LLC

By:  /s/ *Submitted Electronically*
James A. Roggow
205 W. Boutz Rd., Bldg. 2, Ste. C
Las Cruces, NM 88005
(575) 526-2448
(575) 524-0160 Fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 10th day of October, 2017.

 /s/ *Submitted Electronically*
James A. Roggow