# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

LAS UVAS VALLEY DAIRIES,
a New Mexico general partnership,

                                      Case No. 17-12356-j11

        Debtor.

## CREDITOR HANSEN-MULLER CO.'S
## EXHIBIT LIST

      COMES NOW Hansen-Mueller Co., by and through its counsel of record, Rodey, Dickason, Sloan, Akin & Robb, P.A. (Charles R. Hughson), and hereby submits its exhibit list for the Final Evidentiary Hearing on Debtor's Motion for Continuing Authority to Use Cash Collateral for the Period Beginning October 16, 2017, Through March 30, 2018 (Doc. 32) presently scheduled for Thursday, October 12, 2017:

    A.    Letter dated September 28, 2017 to counsel for Debtor, George Moore from Charles R. Hughson, counsel for creditor Hansen-Mueller Co.

    B.    Any exhibit identified by any other party.

    C.    Rebuttal exhibits that could not reasonably be anticipated.

                                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                By:    /s/ Charles R. Hughson
                                          Charles R. Hughson
                                          Post Office Box 1888
                                          Albuquerque, NM  87103
                                          Telephone:  (505) 768-7239
                                          chughson@rodey.com
                                          *Attorneys for Creditor*
                                          *Hansen-Mueller Co.*

## CERTIFICATE OF SERVICE:

      I hereby certify that a true and correct copy of the foregoing pleading was served on all parties entitled to notice via the Court's CM/ECF electronic filing system on October 11, 2017, the same date the foregoing was filed.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

/s/ Charles R. Hughson