UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: §
§ **Chapter 11**
**LAS UVAS VALLEY DAIRIES,** §
a New Mexico general partnership, § **Case No. 17-12356-11**
§
**Debtors.** §

## WITNESS AND EXHIBIT LIST

Creditor, Metropolitan Life Insurance Company ("MetLife") discloses in conformity with the Court's Order regarding cash collateral motion, the following witnesses and exhibits:

**Witness List:**

1. <u>Douglas Gibson.</u> Mr. Gibson is a Director with MetLife Agricultural Investments. He may testify regarding MetLife's loan to the debtor, Las Uvas Valley Dairies, the amount of outstanding debt and the collateral which secures the loan.

2. MetLife Reserves the right to call any other witnesses called by any other party as well as rebuttal witnesses.

**Exhibit List:**

U. Statement of Account

V. Any exhibit offered by any other party.

W. Rebuttal Exhibits

MetLife reserves the right to amend or supplement this witness and exhibit list prior to the hearing.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

4831-6439-6369 v2
2902712-000608 10/11/2017

*/s/ Susan C. Mathews*
Susan C. Mathews*
Texas Bar No. 05060650
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
Email: smathews@bakerdonelson.com

Gary A. Barnes*
Georgia Bar No. 038575
1600 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 221-6509
Facsimile: (404) 228-9609
Email: gbarnes@bakerdonelson.com

**ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY**

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

        The undersigned certifies that on October 11, 2017, a true and correct copy of this document was served by electronic means to the parties listed below and those parties registered to receive ECF notice in the Court's ECF noticing system.

        */s/ Susan C. Mathews*
        Susan C. Mathews

<u>Debtor's Counsel</u>
George M. Moore
Daniel J. Behles
Askew & Mazel, LLC
1122 Central Ave. SW, Suite 1
Albuquerque, NM 87102

<u>United States Trustee's Office</u>
Alice N. Page
Trial Attorney
Office of the United States Trustee
P.O. Box 608
Albuquerque, NM 87013

<u>Counsel for Production Credit Association</u>
James A. Roggow
Roggow Law, LLC
205 W. Boutz, Bldg. 2, Ste C.
Las Cruces, NM 88005
Telephone: (575) 526-2448