UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
**LAS UVAS VALLEY DAIRIES,**
a New Mexico general partnership,
    Debtor.                                                        No. 17-12356-j7

## DEBTOR'S EXHIBIT LIST

For the final hearing on the debtor's Motion for Continued authority to use cash collateral

Debtor proposes to introduce the following exhibits:

1. Schedules & Statement (See FCA Ex. A)
2. Personal Property Valuation report dated 3/31/17
3. Luv Farm Equipment list
4. Columbus Equipment list
5. Luv dairy equipment list
6. P & L: May thru July 2017
7. June 30, 2017 Financial Statements (See FCA Ex. Exhibit T, page 39)
8. Oct. 1, 2017 Inventories (See FCA Ex. K)
9. Balance Sheet 8/31/17
10. Depreciation Schedule 12/31/16
11. DFA Milk checks, 2017
12. Cash Collateral Budget
13. Expanded cash collateral budget
14. Borrowing base report
15. FCA Interest rate change
16. Any exhibit listed by any other party

17. Rebuttal exhibits which cannot be anticipated

                                                  ASKEW & MAZEL, LLC

                                                  /s/ filed electronically
Daniel J. Behles
1122 Central SW, Ste. 1
Albuquerque, NM 87102
505-433-3097 – Fax 505-717-1494
danbehles@askewmazelfirm.com

*Attorneys for Debtor*

I certify that a true copy of the foregoing pleading was served upon all counsel of record in this case via the court's CM/ECF electronic noticing system on the date that this pleading was filed with the Court.

/S/ Daniel J. Behles