UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
**LAS UVAS VALLEY DAIRIES,**
a New Mexico general partnership,
    Debtor.                                                  No. 17-12356-j7

## DEBTOR'S WITNESS LIST

For the final hearing on the debtor's Motion for Continued authority to use cash collateral Debtor will call the following witnesses:

Will call:

1. Mitch Horton to testify concerning all matters at issue, including but not limited to cash collateral budgeting, projections, farm and dairy operations, financial matters, analyses.

May call:

2. Loren Horton to testify as to all matters involving farming and dairy operations.

3. Any witness called by any other party

4. Any rebuttal witness who cannot be anticipated at this time.

                                                          ASKEW & MAZEL, LLC

                                                          /s/ filed electronically
                                                          Daniel J. Behles
                                                          1122 Central SW, Ste. 1
                                                          Albuquerque, NM 87102
                                                          505-433-3097 – Fax 505-717-1494
                                                          danbehles@askewmazelfirm.com

                                                          *Attorneys for Debtor*

I certify that a true copy of the foregoing pleading was served upon all counsel of record in this case via the court's CM/ECF electronic noticing system on the date that this pleading was filed with the Court.

                                                          /S/ Daniel J. Behles