# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
### Clerk's Minutes
### MINUTES FOR FINAL MATTERS
### Before the Honorable Robert H. Jacobvitz

__Chris Wilson, Courtroom Deputy
_x_Anna Grilley, Law Clerk
_x_ I certify that an electronic sound recording of this proceeding was made.

FTR Recorded Proceeding_x__
Time Commenced: ___9:11_____

10/12/2017 09:00 am
TESTIMONY:
EXHIBITS

**MATTER/CASE NAME/NUMBER**:
FH: Dtr's Motion for Continuing Authority to Use Cash Collateral for Period from 10/16/17 through 3/30/18 (Doc. 32)

LAS UVAS VALLEY DAIRIES, Case No. 17-12356-j11

**APPEARANCES:**

Dtr: Dan Behles
Farm Credit: Jim Roggow, obj#49
Met Life: Susan Matews, obj#50
UST: Leonard Martinez-Metzger
Hansen-Mueller Co.: Charles Hughson, obj#51

**SUMMARY:**

After opening arguments, the Court heard testimony from the Debtor and Farm Credit Association regarding the motion for use of cash collateral.

The Debtor's exhibits were admitted without objection at 9:15 a.m. Met Life's exhibit was admitted without objection at 9:16 a.m. Hanson-Mueller's exhibit was admitted without objection at 9:16 a.m. Farm Credit Association exhibits—excepting exhibits P, Q, and R—were admitted without objection at 9:15 a.m. Farm Credit Association's Exhibit P was admitted without objection at 3:21 p.m. Farm Credit Association's Exhibit Q was admitted without objection at 3:41 p.m. Farm Credit Association's Exhibit R was admitted without objection at 3:52 p.m.

After the evidence was closed at 4:52 p.m. the Court set closing arguments for 8:30 a.m. the next morning, Friday October 13, 2017.