UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
Clerk's Minutes
MINUTES FOR FINAL MATTERS
Before the Honorable Robert H. Jacobvitz

__Chris Wilson, Courtroom Deputy
_x_Anna Grilley, Law Clerk
_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
Time Commenced: ___8:34_____

10/13/2017 08:30 am

**MATTER/CASE NAME/NUMBER**:
FH: Continued Hearing on Dtr's Motion for Continuing Authority to Use Cash Collateral for Period from 10/16/17 through 3/30/18 (Doc. 32)

LAS UVAS VALLEY DAIRIES, Case No. 17-12356-j11

**APPEARANCES:**
Dtr: Dan Behles
Crt (FCA): Jim Roggow, phone
Crt (Met Life): Susan Mathews
Crt (Hanson Mueller): Charlie Hughson
UST: Leonard Martinez-Metzger

**SUMMARY:**

The Court heard closing arguments from counsel. For reasons stated on the record the Court granted the debtor the authority to use cash collateral through March 20, 2018, pursuant to 11 U.S.C. §363(a)(2). The authority is conditioned as stated on the record.

The Court authorized the use of cash collateral subject to the right for any party in interest to file a motion seeking modification of that authority. The court will set a status conference on short notice regarding this use if such a party requests a status conference by motion.

The Court will require the debtor to file for continued use of cash collateral by Feb 16, 2018. The Debtor must send notice of the motion specifying objection deadline. The deadline to object to the Debtor's timely filed motion is set at March 9, 2018. The objection period is shortened from any period otherwise specified in the Rules to the extent necessary. If a timely filed motion for the continued use of cash collateral is filed the Court will hold a final hearing on March 16, 2018 at 9:00 a.m.