UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: LAS UVAS VALLEY DAIRIES, a
New Mexico general partnership,

No. 17-12356-t11

Debtor.

## ORDER OF RECUSAL

The Court has determined that it is appropriate to recuse in this bankruptcy case.

WHEREFORE, IT IS HEREBY ORDERED that the Honorable Robert H. Jacobvitz recuses himself from any further proceedings in the above-captioned bankruptcy case.

ORDERED FURTHER that the case is transferred to the Honorable David T. Thuma. All future documents filed in this bankruptcy case should bear the Judge initial as noted above.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: October 20, 2017

COPY via CM/ECF to all counsel of record