# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: christa | Date Created: 10/25/2017 |
| Case: 17–12356–t11 | Form ID: ntchrgph | Total: 34 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| aty | Alice Nystel Page | Alice.N.Page@usdoj.gov |
| aty | Bonnie P. Bassan | bonniebassan@askewmazelfirm.com |
| aty | Bryan W Thomason | bthomason@thomasonlaw.net |
| aty | Charles R. Hughson | crhughso@rodey.com |
| aty | Clifford C Gramer, Jr | cliffordgramerlaw@gmail.com |
| aty | Daniel Andrew White | dwhite@askewmazelfirm.com |
| aty | Daniel J Behles | danbehles@askewmazelfirm.com |
| aty | David P Lutz | dplutz@qwestoffice.net |
| aty | Edward Alexander Mazel | edmazel@askewmazelfirm.com |
| aty | Gary A. Barnes | gbarnes@bakerdonelson.com |
| aty | George M Moore | georgemoore@askewmazelfirm.com |
| aty | Gerald R Velarde | velardepc@hotmail.com |
| aty | Jacqueline Ortiz | jortiz@askewmazelfirm.com |
| aty | James A Askew | jaskew@askewmazelfirm.com |
| aty | James A Roggow | jaroggow@qwestoffice.net |
| aty | Jeff W Actkinson | jeffactkinson@amaonline.com |
| aty | Nancy Long | email@longkomer.com |
| aty | R Trey Arvizu, III | trey@arvizulaw.com |
| aty | Stephen B Sutton | ssutton@lathropgage.com |
| aty | Susan Mathews | smathews@bakerdonelson.com |
| aty | Thomas D Walker | twalker@walkerlawpc.com |
| aty | William L Lutz | wlutz@qwestoffice.net |

TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | LAS UVAS VALLEY DAIRIES | HCR Box 400 | Hatch, NM 87937 | | |
| acc | Gary Genske | c/o Genske, Mulder & Company, LLP | | | |
| acc | Mike Converse | c/o Genske, Mulder & Company, LLP | | | |
| cr | Hi Pro Feeds | PO Box 675032 | Dallas, TX 75267 | | |
| cr | Columbus Electric Cooperative, Inc. | c/o Atty J. Keith Russell | PO Drawer 1158 | Deming, NM 88031 | |
| br | Shannon Killingsworth | Caprock Farm and Ranch Realty, LLC | 1368 Snow Rd | Las Cruces, NM 88005 | |
| cr | Guadalupe N. Ramos | PO Box 612 | Lordsburg, NM 88045 | | |
| cr | David A. Ramos | PO Box 612 | Lordsburg, NM 88045 | | |
| ptnr | Frances O Horton | HC 31 Box 400 | Hatch, NM 87937 | | |
| ptnr | Dean L Horton | HC 31 Box 400 | Hatch, NM 87937 | | |
| op | Scott P. Tripp | 725 South 250 East | Richmond, UT 84333 | | |

TOTAL: 11