UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
LAS UVAS VALLEY DAIRIES,
    Debtor(s).                                           No. 17-12356-t11

## APPOINTMENT OF A COMMITTEE OF
## UNSECURED CREDITORS IN A CHAPTER 11 CASE

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed to the committee of unsecured creditors' pursuant to 11 U.S.C. § 1102(a)(1):

Walter Ludwig
Ludwig Farms
699 Conway Avenue
Las Cruces NM 88005

David A. Ramos
Ramos Farms
PO Box 612
53 Nina Road
Lordsburg NM 88045

Kary M. Knapp
Hansen Mueller
12231 Emmet Street, Suite 1
Omaha NE 68164

Nick Koski
Pinnacle Agriculture
1880 Fall River Drive, Suite 100
Loveland CO 80538

John Estelle
Estelle Farms
8789 N. Coffman Road
McNeal AZ 85617

Jeff Cooper
Cattle Feeds, LP
PO Box 8178
Roswell NM 88203

Andrew Maloney
DBS Commodies
184 E. Darby Road
Dexter NM 88230

SAMUEL K. CROCKER
United States Trustee

/s/ Filed electronically November 2, 2017
Alice Nystel Page
Trial Attorney
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6550
(505) 248-6558 (fax)
Alice.n.page@usdoj.gov

CERTIFICATE OF SERVICE

    This certifies that a copy of the foregoing document was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance on this case, on November 2, 2017. I additionally certify that I mailed a copy of the foregoing, postage prepaid to the above mentioned parties and the below listed on November 2, 2017.

James A Askew
Bonnie Bassan
Daniel Behles
George Moore
Jacqueline Ortiz
Daniel White
Attorneys for Debtor In Possession
Askew & Mazel, LLC
1122 Central Ave. SW, Suite 1
Albuquerque, NM 87102

LAS UVAS VALLEY DAIRIES
HCR Box 400
Hatch, NM 87937

Clifford C. Gramer, Jr.
Attorney For Frances and Dean Horton
3733 Eubank Blvd NE
Albuquerque NM 87111

Charles R. Hughson
Attorney for Hansen-Mueller Co.
Rodey, Dickason, Sloan, et al.
PO Box 1888
Albuquerque NM 87103

R. Trey Arvizu, III
Attorney for Guadalupe and David Ramos
PO Box 1479
Las Cruces NM 88004

Susan Mathews
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Attorney for Met Life Insurance
1301 McKinney St., Suite 3700
Houston, TX 77010

James A. Roggow
Roggow Law, LLC
Attorney for Farm Credit of NM
205 W. Boutz Road, Bldg 2, Suite C
Las Cruces NM 88005

Stephen P. Sutton
Attorney for Dairy Farmers of America
Lathrop and Gage
2345 Grand Blvd, Suite 2400
Kansas City MO 64108

Thomas D. Walker, Esquire
Attorney for DBS Commodities, LLC and Cattle Feeds LP
500 Marquette Avenue, NW, Suite 650
Albuquerque NM 87102

William Lutz
David Lutz
Attorney for Ludwig Farms
P.O. Drawer 1837
Las Cruces, NM 88004-1837


*/s/ Alice Nystel Page*
ALICE NYSTEL PAGE