**Corporate Recovery Associates, LLC**
**Professional Qualifications – Senior Staff**


**Richard J. Feferman, Senior Managing Director**

Uniquely qualified as one of only a few people in the nation who is both a Certified Insolvency and Restructuring Advisor (CIRA) and a Master Analyst in Financial Forensics (MAFF) Mr. Feferman has developed an expertise in the financial analysis of claims against highly leveraged, distressed companies, Ponzi scheme promoters, and third parties to related transactions. Mr. Feferman and his team have extensive "hands-on" experience in the analysis and restructuring of financially troubled companies and the multiparty negotiations that are usually necessary to reach a consensus on a plan of reorganization. He is well versed in the analysis of valuation issues and plan feasibility, the liquidation of estate assets, the financial analysis of asset misappropriation, and has advised creditors (as well as creditor committees) in a variety of industries including agriculture, energy, information technology, health care, manufacturing, restaurants, retailing, publishing, hotels, and real estate.  Additionally, Mr. Feferman conducts special purpose financial examinations of commercial transactions.

Before founding Corporate Recovery Associates, Mr. Feferman was an advisor to the owners of one of the largest private farming operations in the United States and a Senior Associate at Business Valuation Services an international firm specializing in the valuation of business interests. Mr. Feferman was an instructor at the University of California, San Diego where he taught Financial Decision Making as part of the Division of Professional Studies Financial Management Program.

Mr. Feferman attended the University of Colorado where he played football for the Colorado Buffaloes. While playing football for Colorado he suffered a career ending neck injury. He went on to graduate from the Edwin L. Cox School of Business at Southern Methodist University. He completed a lengthy apprenticeship to the former Director of Corporate Real Estate for the IBM Western Region, where he advised corporate clients on commercial leasehold matters. Mr. Feferman is a Certified Insolvency and Restructuring Advisor (CIRA) and a graduate of the Forensic Accounting Academy (National Association of Certified Valuation Analysts / Consultants' Training Institute – Salt Lake City, UT) and is designated a Master Analyst in Financial Forensics (MAFF).

EXHIBIT A

**REPRESENTATIVE PROFESSIONAL EXPERIENCE**

**GTL (USA), Inc.**
**United States Bankruptcy Court for the Eastern District of Texas**
**Business and Financial Advisor to the Unsecured Creditors Committee**
**Creditors Trustee**
Concerned with preserving cash for the benefit of creditors, the committee in this case
has chosen Corporate Recovery Associates, LLC because of its demonstrated ability to
quickly and cost effectively assess the viability of this debtor and to advice the
Committee on restructuring and liquidation alternatives. Pleased with the results of the
case, the creditors committee selected Mr. Feferman to direct the affairs of the Creditors
Trust which was formed to administer and distribute funds to creditors.

**S. T. Moll, Inc., Debtor in Possession**
**United States Bankruptcy Court for the Central District of Texas**
**Financial Advisor to the Debtor**
Prior to the employment of Corporate Recovery Associates, this debtor's restructuring
had not progressed as anticipated. Corporate Recovery Associates identified a number
of areas where costs could be reduced and operations improved. As a result, leases
and contracts where renegotiated resulting in significant savings. Management was
reorganized and refocused on increasing sales, which have been driven up 14% for the
second half of 2014 v the same period in 2013. In open court the Judge said, "Mr.
Feferman, you have more than earned your fees".

**MTI Technology Corporation, Debtor in Possession**
**United States Bankruptcy Court for the Central District of California**
**Business and Financial Advisor to the Official Committee of Creditors**
**Chief Executive Officer, Plan Agent, Disbursing Agent, and Liquidating Trustee**
Mr. Feferman was appointed Chief Executive Officer of this successfully reorganized
company that made substantial payments to unsecured creditors as a result of
recoveries against parties receiving numerous prepetition disbursements of the Debtor's
cash as well as its alleged secured creditor. Significantly Mr. Feferman discovered
previously unidentified intangible assets which were successfully liquidated; and
supervised the forensic examination of the debtor's servers which led to the recovery of
improper "Eve of Bankruptcy" payments to the Debtor's outside counsel.

**Trade Union International Inc. and Duck House Inc.**
**United States Bankruptcy Court for the Central District of California**
**Business and Financial Advisor to the Official Committee of Creditors**
Until Corporate Recovery Associates' involvement in this case, involving a manufacturer
of automobile parts and consumer products, unsecured creditors were to be paid 50%
on the dollar over time. As a result of Corporate Recovery Associates work, the Debtors

agreed to pay general unsecured creditors 94% on the dollar along with providing collateral, guarantees, and agreeing that the release of insiders is subject to the payments as agreed to without default.

**McGrath's Publick Fish House, Inc.**
**United States Bankruptcy Court for the District of Oregon**
**Business and Financial Advisor to the Official Committee of Creditors**
In this successfully reorganized case Corporate Recovery Associates was directly responsible for derailing a Debtor's plan that contemplated a significant transfer of property to the Debtor's principal at the expense of unsecured creditors. Corporate Recovery Associate's work resulted in the Debtor agreeing to up front cash payments to general unsecured creditors.

**Levelland-Hockley County Ethanol, LLC**
**United States Bankruptcy Court for the Northern District of Texas**
**Representative to the Official Committee of Creditors**
In this complex energy / agribusiness case Mr. Feferman advises members of the committee on the viability of the Debtor's operations and the development of strategies aimed at generating financial recoveries from alternative sources.

**Perkins & Marie Callender's, Inc. et al**
**United States Bankruptcy Court for the District of Delaware**
**Representative to the Official Committee of Creditors**
In this successful reorganization Mr. Feferman was responsible for initiating and conducting the due diligence investigation that revealed the criminal background (conversion of more than $300,000.00) of an individual playing a major role in the case. Mr. Feferman's investigation resulted in the removal of the individual from consideration as a candidate for the role of a fiduciary with financial responsibility for the welfare of creditors.

**FS Bravo Ranch Limited Partnership, Debtor in Possession**
**United States Bankruptcy Court for the Southern District of California**
**Business and Financial Advisor to the owner of the associated farming operation / 50% fractional interest in the Senior Secured Loan**
Bankruptcy of an approximately 8,000-acre master plan development in Imperial County that was related to a ponzi scheme. Renegotiated terms of loan, cash collateral, provided litigation support on ordinary course defense of preference action.

**Verified Identity Pass, Inc.**
**United States Bankruptcy Court for the Southern District of New York**
**Business and Financial Advisor to the Official Committee of Creditors**
Mr. Feferman was responsible for developing auction procedures that resulted in a heated bidding war for the intellectual property and leaseholds of this provider of biometric security services.

**Creative Capital Leasing Group, LLC**
**United States Bankruptcy Court for the Southern District of California**
**Business and Financial Advisor to the Trustee**
**Business and Financial Advisor to the Official Committee of Creditors**
After the chief executive of this company fled the country leaving a derelict set of locked electronic records, Mr. Feferman led the forensic team recovered the electronic accounting system and examined the approximately 40,000 pages of financial records that were required to reconstruct this debtor's financial records. These records were instrumental in pursuing litigation recoveries and asset sales which brought in millions of dollars for the benefit of creditors.

**Boston West, LLC, Debtor in Possession**
**United States Bankruptcy Court for the Central District of California**
**Business and Financial Advisor to the Official Committee of Creditors**
Bankruptcy case of the Southern California franchisee of the Boston Market restaurant chain. Negotiated the transfer of assets for the benefit of unsecured creditors in a case in which the Debtor's acquirer proposed a dividend equal to zero. Orchestrated the successful auction and disposition of estate assets in a compressed time period. During the wind-up Mr. Feferman supervised the analysis of preferential transfers.

**Steakhouse Partners, Inc. et al, Debtor's in Possession**
**United States Bankruptcy Court for the Central District of California**
**Financial Advisor to the Official Committee of Creditors**
In this ongoing case of a publicly held chain of steakhouses, Mr. Feferman was responsible for devising the tactics and strategy to market for sale this business to over 30,000 prospective buyers in less than 30 days with a very small budget. Mr. Feferman also identified significant problems with the Debtors' information and accounting systems and worked with the Debtors' Chief Financial Officer and secured lender to implement an interim cash flow reporting system, which was used during the disposition process.

**RTA Desert, Inc.,  Debtor in Possession**
**United States Bankruptcy Court for the Central District of California**
**Business and Financial Advisor to the Official Committee of Creditors**
This debtor's management proposed a plan of reorganization to transfer value to themselves at the expense of unsecured creditors. With Mr. Feferman's assistance, the creditors committee renegotiated with the debtor's management a consensual plan that resulted in the successful sale of business and real property assets.

**Select Software Tools, Inc. Debtor in Possession**
**United States Bankruptcy Court for the Central District of California**
**Unsecured Creditor**
Negotiated major revisions to plan of reorganization resulting in the payment of 100%
dividend to a broad group of unsecured creditors whose claims had previously been
barred.

**Harry R. Eberlin, Debtor in Possession**
**United States Bankruptcy Court for the Southern District of California**
**Chairperson's representative to the Official Committee of Creditors**
This estate liquidated over 100 separate parcels of real property spread across the
country. Mr. Feferman's work resulted in the debtor disbanding a flawed tax strategy;
and a secured creditor agreeing to subordinate its claim to unsecured creditors.

**500 West Broadway, L.P.,  Debtor in Possession**
**United States Bankruptcy Court for the Southern District of California**
**Business and Financial Advisor to the Official Committee of Creditors**
After the Debtor proposed a plan of reorganization, Mr. Feferman recommended that his
client challenge the plan on feasibility issues. This resulted in the Debtor providing more
cash for operations. Unsecured creditors were given the right to elect an immediate
cash payment or a payment over time with interest.

### Stephen P. Bick, Director

Mr. Bick received his BA in Economics and Business Finance from the University
of Cape Town in 1987.  He is a Chartered Financial Analyst (CFA), a Certified
Management Accountant (CMA), and Certified Insolvency and Restructuring Advisor
(CIRA) and a Registered Investment Advisor (RIA).  Mr. Bick's diverse business
background has enabled him to gain invaluable business valuation and financial
consulting experience. Mr. Bick previously worked as a turnaround strategist with Kroll
Zolfo Cooper were he performed business valuations, analyzed the risk in energy
trading strategies and was involved with developing plans of reorganization for multi-
billion dollar companies.  He also ran a $500 million bond fund in London for two years
for a German insurance company, and worked as an analyst for six years dealing in
private and public equity business valuations, commercial litigation and bankruptcy.
During his career he also founded a construction company and returned two others to
profitability.

Mr. Bick has been quoted in the San Diego Union Tribune, and has written
articles for the Association for Corporate Growth.  He lectures on business valuations,
accounting and equities at the University of California San Diego Extension program
and on equity investments and alternative and international investment strategies for

Allen Resources in Providence, Rhode Island. He was inducted into the National Register's Who's Who in Executives and Professionals in February 2004.

Mr. Bick concentrates his consulting practice on company turnaround projects and the valuation of business interests, securities and intangible assets. He has provided valuations for bankruptcy and turnarounds, gift and estate tax, employee stock option plans, transaction and financial planning, and litigation support in a wide variety of industries, including hi-tech, software, biotechnology, e-commerce, trucking, energy, leisure, airline, refractory, construction and telecommunications.

He has performed valuations on all levels of operations, from start-up to mature, in the United States and abroad, and solvent to insolvent. In addition, Mr. Bick has analyzed and presented the merits of business strategies and plans to board members and company owners on numerous occasions.


## REPRESENTATIVE BANKRUPTCY EXPERIENCE

**Aquila Energy (Kansas City, MO) -** Performed the analysis on the Aquila trading book of more than $200 million where he was the primary Kroll Zolfo Cooper employee overseeing and evaluating the book. The analysis was included in the restructuring plan.

**Einstein's Bagels (Jersey City, NJ) -** Performed the business valuation for the plan of reorganization.

**Metabolife (San Diego, CA) -** Performed a business evaluation and presented findings to management regarding exit strategies and reorganization.

**Swiss Air (Palmdale, CA) -** Performed a financial analysis of the liquidation of the Swiss Air repair facility in Palmdale.

**Pipkin Trucking, Inc. (El Centro, CA) -** Performed the business valuation for presentation at trial.

**RHI - North American Refractories (Pittsburgh, PA) -** Performed the business valuation for inclusion in the proposed reorganization plan.


### Alan Myers, Senior Accounting Analyst

Mr. Myers is a Certified Public Accountant and a Certified Forensic Accountant. He specializes in Bankruptcy Accounting. In addition to his employment with Corporate Recovery Associates, he is an active sole practitioner. Mr. Myers has substantial hands on experience in all phases of bankruptcy accounting and in the forensic analysis of

business and banking records. He also manages over $4,000,000 in deposits for Chapter 7 trustees. He has extensive experience in the investigation of "hidden assets". Mr. Myers received a B.S. in Accounting With Distinction from San Diego State University (San Diego, CA – 1978).

**Representative Professional Experience**

Analyze bank records, financial data and corporate documents in connection with bankruptcy related litigation. Tasks include preparation of general ledgers, financial statements and extensive supporting working papers, all from source documents.

Analyze financial instruments in connection with debtor-in-possession ("DIP) representation.

Prepare DIP distribution worksheets concerning plans of reorganization and involved in complex lease negotiations.

Litigation support and evidentiary declarations for avoidable transfer litigation.

Litigation support and evidentiary declarations in tax claims objections.

Prepare Chapter 11 DIP operating reports and tax returns and wide-ranging financial analysis of various asset dispositions.

Consult with Trustees and attorneys regarding tax implications resulting from the sales of estate assets.

Experienced Chapter 11 Examiner to review the operations, analyze a management agreements and Chapter 11 operating reports, obtain valuations, propose changes to operations, and aid the Court in resolving ownership issues.

Appointed as a Chapter 11 Disbursing Agent in various cases.

Appointed as a State Court Receiver in various cases.

### Dr. Michael Willoughby, Senior Analyst

Dr. Willoughby supervises the valuation of business interests and intangible assets including highly leveraged and distressed entities. He has over fifteen years experience in corporate finance and valuation. He is a graduate of Columbia Business School – Ph.D., a Chartered Financial Analyst (CFA), and has passed all levels of examination and experience for the Accredited Senior Appraiser ("ASA") credential. Dr. Willoughby has rendered expert opinions in over 400 litigation matters since 1989.

Additionally he serves as Chairman of the Board of Directors of USA Federal Credit Union (A $700M financial institution with 24 branches in the US, Japan, and Korea). Dr. Willoughby was a Contributing Economist (1995-02) to the Livingstone Survey, Federal Reserve Bank of Philadelphia. He is also a faculty member in the Department of Finance at San Diego State University (undergraduate and graduate); University of California Department of Economics and School of Medicine (teaching Financial Management); and was the Advisory Chairperson in the Division of Professional Studies – Financial Management Program. Formerly Dr. Willoughby was an economist with Buno, Mack & Barclay, CPAs; Brinig & Associates; and Jassoy, Graff, & Douglas, CPAs. Previously Dr. Willoughby was also the Associate Managing Director in the Los Angeles office of Kroll, Inc. (NASDAQ symbol KROL) - the world's largest risk consulting company.

### Georgina Arreola – Financial Analyst

Ms. Arreola is an experienced financial analyst in the areas of statistical analysis, valuation, economic consulting, business forecasting, investments, and financial accounting.  She frequently is called upon to research and analyze financial and economic loss claims and counter claims in civil and commercial litigation. Ms. Arreola received a Master of Public Policy from Georgetown University and a Bachelor of Science in Management Science from University of California San Diego.

### Dustin Skoboloff – Accounting Analyst

Mr. Skoboloff specializes with problematic accounting systems especially electronic systems. He has also led a team of software specialists in developing applications to transmit data from accounting databases into databases used for tax reporting. Mr. Skoboloff has a Master of Accountancy from San Diego State University.

### Marvin T. Levin, MBA, Ph.D., J.D.

Dr. Levin is uniquely qualified as a business advisor based upon five decades of business teaching, entrepreneurial experience and academic study. Dr. Levin was the one of the founders and senior executives of Consolidated Capital Equities Corporation and was responsible for its growth into one of the largest real estate investment companies in the world. Under his direction, the company acquired and managed real estate nationwide in 23 large publicly traded limited partnerships and REITs.  Dr. Levin and his partners sold the company in 1985.  At Corporate Recovery Associates Dr. Levin has assisted Mr. Feferman in the successful restructuring of McGrath's Public Fish House and Trade Union/Duck House, Inc. Additionally in 2010 Mr. Levin co-led with Mr. Feferman the due diligence investigation into a transaction involving the acquisition of a majority interest in the General Partners/Managing Members interest in

entities owning over 200 office buildings across the United States. In 1952, Dr. Levin graduated from the University of California, Berkeley Phi Beta Kappa, with a Bachelor's degree in Business Administration.  While at Berkeley, he served as Commissioner of the Debate Society.  In 1955, Dr. Levin received a Doctorate of Jurisprudence from Boalt Hall at U.C. Berkeley, and was granted a Ford Foundation Fellowship to study international law. From 1952 through 1958, Dr. Levin was employed as an instructor for the Massey Seminar Tutorial Institute, and instructed classes in accounting, statistics, economics, and business law.  While attending Boalt Hall School of Law from 1952 to 1955, he was a teaching assistant at the UC School of Business for basic accounting and cost accounting. During the same time, he was a teaching assistant for legal accounting at Boalt Hall. Upon his graduation from Boalt Hall, Dr. Levin was commissioned in the U.S. Naval Reserve, and served three years active duty in San Francisco, California, as a government auditor.  He was honorably discharged in 1958 as a Lieutenant j.g. Dr. Levin received a Master's degree in Business Administration from Pepperdine University in 1977, and a Ph.D. from Golden Gate University in 1983.  He has been a member of the California State Bar since 1956, and passed his certified public accountant examinations in 1955. Between 1960 and 1970, Dr. Levin was a real estate developer, developing more than 3,000 parcels in several Northern California counties, including Clear Lake Keys at Clear Lake, California.  From 1961 through 1992, Dr. Levin authored and delivered four classes for UC Berkeley Extension entitled "The Income Tax Aspects of Real Estate Transactions," "Essentials of Land Development," "The Formation of Real Estate Syndications," and a real estate ideas class entitled "A Day with Marvin Levin." Dr. Levin is the author of a book on real estate entitled "How to Profit on the Real Estate Roller Coaster," which was published by Prentice-Hall in 1984. In 1966, UC Berkeley Extension advised Dr. Levin that he received the best student evaluations among more than 2000 adjunct instructors in the U.C. extension system. In 1998, Dr. Levin took on the sponsorship of the University of California Debate Team, which was not then included in the top 145 colleges and universities in debate.  In the academic years ending June 2001 and 2005, the Debate Team was ranked No.1 in the nation and received the prestigious Copeland Award given to the top ranked college debate team, which, never before in its 28-year history, had been awarded to a university west of the Mississippi. Dr. Levin is a past member of the Board of the California School of Professional Psychology and the University of California Business School.  He has received honorary doctorates from both Pepperdine University and the Pacific Graduate School of Psychology.