# INVOICE

**Big River Partnership, Inc.**
PO Box 165
Garfield, NM 87936
(575) 267-4992

| INVOICE # | 10561 |
|---|---|
| ACCOUNT # | 163 |
| DATE | 30-Aug-17 |
| TIME | 10:26 |
| EMPLOYEE | 2 |
| TERMINAL | 2 |
| PAGE # | 1 |

**SOLD TO:**
267-3037
BLAS UVAS VALLEY DAIRY
HCR BOX 400
HATCH, NM 87937

**SHIP TO:**
BLAS UVAS VALLEY DAIRY
HCR BOX 400
HATCH, NM 87937

| ITEM | DESCRIPTION | QTY | SALE | U/M | EXT |
|---|---|---|---|---|---|
| 41 | PUMP PARTS | 1.00 | 9,335.00 | | 9335.00 |
| 250 HP GEARDRIVE | 10:11 SPARE FOR FARM | | | | |
| FREIGHT | FREIGHT CHARGES | 1.00 | 275.00 | | 275.00 |
| PO # | LOREN | | | CHARGE | 10,258.68 |

I AGREE TO PAY THE ABOVE TOTAL ACCORDING TO THE POSTED TERMS AND CONDITIONS

*Loren/Brady*
SIGNATURE LOREN

**DUPLICATE**

| SUBTOTAL $ | 9,610.00 |
|---|---|
| TAX $ | 648.68 |
| **TOTAL $** | **10,258.68** |

We're your source for
seasonal supplies and
all your hardware needs.