UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re<br><br>**LAS UVAS VALLEY DAIRIES**, a New Mexico general partnership<br><br>EIN 85-0456952<br><br>Debtor | Chapter 11<br><br>Case No. 17-12356-j11<br><br>**WITHDRAWAL OF APPLICATION TO EMPLOY PERKINS COIE LLP AS CO-COUNSEL FOR DEBTOR-IN-POSSESSION** |

Perkins Coie LLP, proposed co-counsel to Las Uvas Valley Dairies, debtor-in-possession in this Chapter 11 case (the "**Debtor**") and the Debtor withdraw the *Application Employ Perkins Coie LLP as Co-Counsel for Debtor-In-Possession Retroactive to December 27, 2017* [DE 131]. Perkins Coie further immediately withdraws its appearance for the Debtor in this case.

February 9, 2018

**PERKINS COIE LLP**

By: _/s/ Jordan A. Kroop_
    Jordan A. Kroop
    Bradley A. Cosman
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85012
(602) 351-8000
jkroop@perkinscoie.com
bcosman@perkinscoie.com