UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Las Uvas Valley Dairies
a New Mexico general partnership,
EIN: 85-0456952,

Debtor.

No. 17-12356-t11

## NOTICE OF PRELIMINARY HEARING

On **Monday, May 21, 2018 at 9:30 a.m.**, a **preliminary hearing** will be held before the Honorable David T. Thuma in Honorable David T. Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, New Mexico on a trailing docket, to consider:

1. Cereal Byproducts Company's Motion for Allowance of Section 503(b)(9) Administrative Claim (Docket No. 124);

2. Creditor Production Credit Association of Southern New Mexico (Farm Credit of New Mexico)'s Objection and Response to Motion of Cereal Byproducts Company for Allowance of Administrative Expense Claim (Docket No. 127);

2. Any other objections thereto.

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600-4640 or by e-mail to thumastaff@nmcourt.fed.us(link sends e-mail)

WILLIAM F. DAVIS & ASSOC., P.C.<br>
/s/ Electronically filed on 4/24/18<br>
Joel Alan Gaffney, Esq.<br>
6709 Academy NE, Suite A<br>
Albuquerque, NM 87109<br>
Telephone: (505) 243-6129<br>
Facsimile: (505) 247-3185

I hereby certify that on April 24, 2018, a true and correct copy of this pleading was served electronically by the Court's CM/ECF system upon all persons entitled to notice thereby and was mailed by First Class US mail, postage prepaid, to:

Alice Nystel Page
United States Trustee
P. O. Box 608
Albuquerque, NM 87103

Las Uvas Valley Dairies
c/o ASKEW & MAZEL, LLC
George M. Moore, Esq.
1122 Central Ave SW, Ste 1
Albuquerque, NM 87102
*Counsel for Debtor*

Production Credit Association of Southern NM
c/o ROGGOW LAW, LLC
James A. Roggow, Esq.
205 W. Boutz Rd., Bldg. 2, Ste. C
Las Cruces, NM 88005
*Counsel for PCA*

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.
Paul M. Fish, Esq.
Douglas R. Vadnais, Esq.
Spencer L. Edelman, Esq.
P.O. Box 2168
Albuquerque, New Mexico 87103
*Attorneys for UCC*

/s/ 4/24/2018 *JAG*
Joel Alan Gaffney, Esq.

F:\Cereal Byproducts Company\Pleadings\Notice of preliminary hearing Mx Allow Admin Claim.fl