Pete V. Domenici U.S. Courthouse  
333 Lomas Blvd. NW, 5th Floor  
Albuquerque, NM 87102  
505−415−7999/866−291−6805  
www.nmb.uscourts.gov

Case No.: 17−12356−t11  
Chapter: 11  
Judge: David T. Thuma  
Judge/341 Location: TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

LAS UVAS VALLEY DAIRIES  
a New Mexico General Partnership  
 dba Las Uvas Valley Dairy  
HCR Box 400  
Hatch, NM 87937  
Tax ID No: 85−0456952

## NOTICE VACATING HEARING

Notice is hereby given that the **Confirmation Hearing** set for **5/16/18 at 09:00** before the **Honorable David T. Thuma** has been vacated.

(Document number, referenced docket text, and filer as shown below):

*268* − Scheduling Order (RE: related document(s)142 Motion to Dismiss Case filed by Creditor Farm Credit of NM, FLCA). (crl)

**BY ORDER OF THE COURT**  
Lana Merewether  
Clerk of Court