# Notice Recipients

District/Off: 1084–1    User: amedearis    Date Created: 4/24/2018
Case: 17–12356–t11    Form ID: vacbkhrg    Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Alice Nystel Page    Alice.N.Page@usdoj.gov
aty    Daniel J Behles    danbehles@askewmazelfirm.com
aty    James A Roggow    jaroggow@qwestoffice.net
aty    Paul M Fish    pfish@modrall.com
aty    Susan Mathews    smathews@bakerdonelson.com

TOTAL: 5