UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Las Uvas Valley Dairies
a New Mexico general partnership,
EIN: 85-0456952,

Debtor.

No. 17-12356-t11

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am, and at all times hereinafter mentioned, more than 18 years of age; and that I served Cereal Byproducts Company's Motion for Sanctions under Rule 9011 Against Production Credit Association of Southern New Mexico (Farm Credit of New Mexico) and a copy of this Certificate of Mailing as follows:

Service was made on this 12th day of June, 2018, by placing a true and correct copy thereof in a sealed packet and deposited with the United States Postal Service, via first class mail, postage prepaid, addressed to the following:

> Roggow Law, LLC
> James A. Roggow, Esq.
> 205 W. Boutz Rd., Bldg. 2, Suite C
> Las Cruces, NM 88005
> *Attorney for Creditor PCA/Farm Credit*

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed on this 12th day of June, 2018, Albuquerque, New Mexico.

> /s/ electronically filed on 06/12/18
> Joel Alan Gaffney, Esq.
> William F. Davis, Esq.
> WILLIAM F. DAVIS & ASSOC., P.C.
> 6709 Academy NE, Suite A
> Albuquerque, NM 87109
> (505) 243-6129

F:\Cereal Byproducts Company\Pleadings\COS.Mx.Sanctions.061218.fl