IN RE:                                                                          Chapter 11

**LAS UVAS VALLEY DAIRIES,**                        Case No. 17-12356-J11
**dba LAS UVAS VALLEY DAIRY,**
        **Debtor.**

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF AMENDED MOTION FOR ADMINISTRATIVE EXPENSE

       David and Guadalupe Ramos, d/b/a Ramos Farms (hereinafter referred to as "Ramos Farms"), by and through its undersigned attorney, hereby files the attached Affidavit of David Ramos attached as Exhibit 1 hereto in support of their Amended Motion for Administrative Expense filed on November 7, 2017 as docket #94.

                                                     /s/ R. "Trey" Arvizu, III
                                                     R. "Trey" Arvizu, III
                                                     Attorney for Ramos Farms
                                                     PO Box 1479
                                                     Las Cruces, NM 88004
                                                     Phone: 575-527-8600
                                                     trey@arvizulaw.com

       I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 14th day of June 2018.

Electronically submitted
R. "Trey" Arvizu, III

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:                                                           Chapter 11

LAS UVAS VALLEY DAIRIES,                      Case No. 17-12356-J11
dba LAS UVAS VALLEY DAIRY,
    Debtor.

## AFFIDAVIT OF DAVID RAMOS

STATE OF NEW MEXICO )
                    ) ss.
COUNTY OF DOÑA ANA  )

Affiant, being first duly sworn according to law, deposes and states as follows:

1. I am over eighteen years of age, have personal knowledge of the facts set forth herein and am competent to testify thereto if called upon to do so.

2. My wife and I own two farms in Lordsburg, NM. We grow alfalfa hay, and over the last several years we have had a contract to sell our crops to Las Uvas Dairy ("Las Uvas").

3. We operate a sole proprietorship and do business as Ramos Farms.

4. Our operation involves growing, cutting, bailing, loading the alfalfa from our farms in Lordsburg and delivering the bales to the dairy in Hatch, New Mexico.

5. As owner of the farms, I am directly responsible for overseeing all the operations and supervising all the individuals who carry out these duties.

6. We also maintain certain business records in order to properly account for the revenues and expenses of the operations.

7. For instance, when we load a truck with alfalfa for delivery to Las Uvas Dairy, we prepare a bill of lading which details the date, delivery destination, delivery driver and

other information. When the load is delivered, we are also provided a weight ticket which also details much of the same information as the bill of lading but also contains the weight of the load and other information. Las Uvas also provides us with a pay sheet and invoice which identifies dates of loads, net weight, number of bales, other information, amounts owed for each load and a total owed for the month.

6. In 2017, our contract price per ton was $160.00. The contract also required that the crops' moisture rating be under certain percentages to be entitled to the full amount of $160.00.

7. Las Uvas filed its chapter 11 bankruptcy petition on September 15, 2017. From August 26, 2017 (20 days prior to the petition filing date) to September 15, 2017, Ramos Farms delivered a total of fifteen (14) loads of alfalfa hay to Las Uvas as evidenced by the pay sheet for September attached as Exhibit "A" hereto. For each of these loads I oversaw the loading of the bales onto a drop deck trailer that I own. I also instructed the driver of the semi-truck that I own, Cesar Salcido, to deliver the alfalfa bales to Las Uvas. Upon delivery and return to Lordsburg, Mr. Salcido would provide me with the weight ticket proving that the delivery had been made. The weight ticket also contained the moisture ratings for the each load. The pay sheet for September (Exhibit A) contained the information regarding the "moisture docks" for each load and "payable weight."

8. The bill of lading and weight ticket for each of the loads is attached as Exhibit "B" hereto.

9. Exhibit A contains the information regarding how much Las Uvas owed for the September loads that were delivered. The amount owed for these loads is $51,491.70.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David A. Ramos

SWORN AND SUBSCRIBED before me this 30th day of May, 2018, David and Guadalupe Ramos, Debtors.

_____
Notary Public

My commission expires:

6-30-18

# LAS UVAS VALLEY DAIRY
## PAY SHEET
### NON ASSOCIATION

**PRODUCER:** Ramos Farms

**DATE:** 10/3/2017

**INVOICE #** 13-17

| DATE | TKT # | NET WT. | # BALES | CUT | FEED TYPE | 0-15 | 16-20 | 21-25 | 26-30 | 31+ | RFV | Protein | Total Wt. Docks | Payable Wt. | SAMPLE NO. | Actual Price | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2017 | 17230 | 45200 | 33 | 5 | #2 Alfalfa Hay | 33 | 17 | 11 | 1 | 0 | | | 3424 | 41776 | 711 | $160.00 | $3,342.06 |
| 9/1/2017 | 17240 | 45300 | 33 | 5 | #2 Alfalfa Hay | 33 | 0 | 0 | 0 | 0 | | | 0 | 45300 | 713 | $160.00 | $3,624.00 |
| 9/4/2017 | 17298 | 38220 | 28 | 5 | #2 Alfalfa Hay | 28 | 20 | 5 | 2 | 0 | | | 2184 | 36036 | 717 | $160.00 | $2,882.88 |
| 9/4/2017 | 17312 | 47280 | 33 | 5 | #2 Alfalfa Hay | 33 | 20 | 11 | 1 | 0 | | | 3582 | 43698 | 723 | $160.00 | $3,495.85 |
| 9/5/2017 | 17331 | 45300 | 33 | 5 | #1 Alfalfa Hay | 33 | 0 | 0 | 0 | 0 | | | 0 | 45300 | 730 | $160.00 | $3,624.00 |
| 9/5/2017 | 17355 | 49600 | 35 | 5 | #2 Alfalfa Hay | 35 | 0 | 0 | 0 | 0 | | | 0 | 49600 | 734 | $160.00 | $3,968.00 |
| 9/7/2017 | 17500 | 47680 | 33 | 5 | #2 Alfalfa Hay | 33 | 0 | 0 | 0 | 0 | | | 0 | 47680 | 748 | $160.00 | $3,814.40 |
| 9/8/2017 | 17557 | 46000 | 32 | 5 | #1 Alfalfa Hay | 32 | 0 | 0 | 0 | 0 | | | 0 | 46000 | 752 | $160.00 | $3,680.00 |
| 9/9/2017 | 17680 | 44700 | 30 | 5 | #1 Alfalfa Hay | 30 | 12 | 2 | 0 | 0 | | | 596 | 44104 | 756 | $160.00 | $3,528.32 |
| 9/12/2017 | 17925 | 49120 | 36 | 6 | #1 Alfalfa Hay | 36 | 12 | 6 | 1 | 0 | | | 2047 | 47073 | 767 | $160.00 | $3,765.87 |
| 9/12/2017 | 17973 | 48860 | 36 | 6 | #1 Alfalfa Hay | 36 | 19 | 5 | 0 | 0 | | | 1357 | 47503 | 768 | $160.00 | $3,800.22 |
| 9/13/2017 | 18016 | 54300 | 39 | 6 | #1 Alfalfa Hay | 39 | 22 | 12 | 1 | 0 | | | 3759 | 50541 | 771 | $160.00 | $4,043.26 |
| 9/13/2017 | 18033 | 48820 | 36 | 6 | #1 Alfalfa Hay | 36 | 18 | 8 | 0 | 0 | | | 2170 | 46650 | 772 | $160.00 | $3,732.02 |
| 9/14/2017 | 18077 | 54920 | 39 | 6 | #1 Alfalfa Hay | 39 | 16 | 9 | 0 | 0 | | | 2535 | 52385 | 774 | $160.00 | $4,190.82 |

# LAS UVAS VALLEY DAIRY
## PAY SHEET
NON ASSOCIATION

**DATE :** 10/3/2013

**PRODUCER:** Ramos Farms

**INVOICE #** 13-17

| TKT # | DATE | NET WT. | # BALES | CUT | FEED TYPE | 0-15 | 16-20 | 21-25 | 26-30 | 31+ | RFV | Protein | Total Wt. Docks | Payable Wt. | SAMPLE NO. | Actual Price | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOISTURE ---DOCKS---

Summary for '( 1 ) = 5 (14 detail records)

| | | |
|---|---|---|
| TOTAL WT | 665,300 | AVG WT PER BALE 1,398 |
| TOTAL WT. DOCK | 21,654 | AVG PRICE PAID $160.00 |
| TOTAL WT PAYABLE | 643,646 | AVG RVF |
| TOTAL TONS PAYABLE | 321.82 | AVG Protein |

AMOUNT $51,491.70

page 2 of 2

## Scale Ticket (rotated)

**Las ivas Valley Dairy**
61 Hilburn Rd
H.. h, NM 87937

**Scale Ticket # 17230**
**Date: 9/1/2017**

Gross Wt: 79,5?? @ 7:?1 AM
Tare Wt: 34,320 lbs @ 8:21 AM
Net Wt: 45,200 lbs (22.60 tons)

Commodity: #2 Alfalfa hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 13
# of Bales 33 (1,370 lbs/bale
Sample #: 711
Broker Net Weight:
Comment: Field HQ 9
Cut: 5
Weigher: VM
M:  ? ?1 25 11
Moistu. : ? 25 1
moisture 16 18 17
Bale Size: Medium

Not Legal For Trade

---

## Ramos Farms Ticket

**RAMOS FARMS**
PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

5-13
1067

DATE 9-1-17
DELIVERED TO _L.V.?_
DELIVERED BY Ramos Farms
DRIVER/TRUCK # _____
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 33    # CUT 5    FIELD HQ-9    SAMPLE # _____

AUTHORIZED BY _____

## Scale Ticket

Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17240**
**Date: 9/1/2017**

Gross Wt: 79,220 lbs @ 2:13 PM
Tare Wt: 33,920 lbs @ 2:45 PM
Net Wt: 45,300 lbs (22.65 tons)

Commodity: #2 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 14
# of Bales: 33 (1,373 lbs/bale)
Sample #: 713
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: JC
Bale Size: Medium

*Not Legal For Trade*

---

5-14

1068

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-1-17
DELIVERED TO _[signature]_
DELIVERED BY Ramos Farms
DRIVER/TRUCK # _[signature]_
DESCRIPTION:

TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 33   # CUT 5   FIELD HQ-8   SAMPLE # _____

AUTHORIZED BY _____

## Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17298**
**Date: 9/4/2017**

Gross Wt: 72,740 lbs @ 8:35 AM
Tare Wt: 34,520 lbs @ 9:03 AM
Net Wt: 38,220 lbs (19.11 tons)

Commodity: #2 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5-15
# of Bales: 28 (1,365 lbs/bale)
Sample #: 717
Broker Net Weight:
Comment: Field: HQ-7
Cut: 5
Luv Weigher: VM
Bale Size: Medium
Moisture 16, 18, 20
Dock 21, 25, 5
Dock 26, 35, 2

*Not Legal For Trade*

---

# RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

5-15
1069

DATE 9-4-17
DELIVERED TO L.U.V.D
DELIVERED BY Ramos farms
DRIVER/TRUCK # Cesar Salcido
DESCRIPTION:
TIME BALED _____ RECEIPT # ____
TERMS AGREED UPON ____
WEATHER CONDITIONS ____

#BALES 28    # CUT 5    FIELD HQ-7    SAMPLE # ____

AUTHORIZED BY ____

## Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17312**
**Date: 9/4/2017**

Gross Wt: 81,440 lbs @ 2:42 PM
Tare Wt: 34,160 lbs @ 3:24 PM
Net Wt: 47,280 lbs (23.64 tons)

Commodity: #2 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 16
# of Bales 33 (1,433 lbs/bale
Sample #: 723
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: VM
Moisture Dock 21 25: 11
Moisture Dock 26 35: 1
moisture 16 18: 20
Bale Size: Medium

*Not Legal For Trade*

---

5-16
1070

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
ramos@aznex.net

DATE 9-4-17
DELIVERED TO _Juan D_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Salurte_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES __33__  # CUT __5__  FIELD __HQ-6__  SAMPLE # _____

AUTHORIZED BY _____

Case 17-12356-t11    Doc 439    Filed 06/14/18    Entered 06/14/18 08:37:14 Page 10 of 20

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17331**
**Date: 9/5/2017**

Gross Wt: 79,100 lbs @ 8:37 AM
Tare Wt: 33,800 lbs @ 9:04 AM
Net Wt: 45,300 lbs (22.65 tons)

Commodity: #1 Alfalfa Hay
Location: Barn 8
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 17
# of Bales 33 (1,373 lbs/bale)
Sample #: 730
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: VM
Bale Size: Medium
*Not Legal For Trade*

---

5-17
1071

# RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
ramos@aznex.net

DATE 9-5-17
DELIVERED TO _Louid_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Sollero_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 33   # CUT 5   FIELD HQ-3   SAMPLE # _____

AUTHORIZED BY _____

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17355**
**Date: 9/5/2017**

Gross Wt: 83,920 lbs @ 3:42 PM
Tare Wt: 34,320 lbs @ 4:53 PM
Net Wt: 49,600 lbs (24.80 tons)

Commodity: #2 Alfalfa Hay
Location: Barn 8
Broker: Ramos Farms
Hauler: Ramos Farms.
Truck: 8
Field:
Bill of Lading: 5 18
# of Bales 35 (1,417 lbs/bale)
Sample #: 734
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: JC
Bale Size: Medium

*Not Legal For Trade*

---

5-18

1072

# RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-5-17
DELIVERED TO _[signature]_
DELIVERED BY Ramos Farms
DRIVER/TRUCK # Cesar Salcido
DESCRIPTION:

TIME BALED _____  RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 35   # CUT 5   FIELD HQ-4   SAMPLE # _____

AUTHORIZED BY _____

Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17500**
**Date: 9/7/2017**

Gross Wt: 81,520 lbs @ 2:04 PM
Tare Wt: 33,840 lbs @ 2:51 PM *M
Net Wt: 47,680 lbs (23.84 tons)
*M: This weight was manually entered.

Commodity: #2 Alfalfa Hay
Location: Barn 7
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 19
# of Bales 33 (1,445 lbs/bale)
Sample #: 748
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: JC
Bale Size: Medium

Not Legal For Trade

---

5-19

1073

# RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-7-17
DELIVERED TO _Luv.D_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Solerlo_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES _33_    # CUT _5_    FIELD _HQ-3_    SAMPLE # _____

AUTHORIZED BY _____

## Scale Ticket

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17557**
**Date: 9/8/2017**

| | |
|---|---|
| Gross Wt: | 80,380 lbs @ 7:45 AM |
| Tare Wt: | 34,380 lbs @ 8:37 AM |
| Net Wt: | 46,000 lbs (23.00 tons) |

Commodity: #1 Alfalfa Hay
Location: Barn 7
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 20
# of Bales: 32 (1,438 lbs/bale)
Sample #: 75.2
Broker Net Weight:
Comment:
Cut: 5
Luv Weigher: JC
Bale Size: Medium

Not Legal For Trade

---

**RAMOS FARMS**

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
ramos@aznex.net

5-20
1074

DATE 9-8-17
DELIVERED TO _Luv D_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Zalasko_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES _32_   # CUT _5_   FIELD _HQ-2_   SAMPLE # _____

AUTHORIZED BY _____

## Scale Ticket

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch., NM 87937

**Scale Ticket # 17680**
**Date: 9/9/2017**

Gross Wt: 74,560 lbs @ 9:26 AM
Tare Wt: 29,860 lbs @ 9:49 AM

Net Wt: 44,700 lbs (22.35 tons)

Commodity: #1 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 5 21
# of Bales 30 (1,490 lbs/bale
Sample #: 756
Broker Net Weight:
Comment:
Cut 5
Luv Weight:
moisture Dock 21 25. 2
moisture 16 18: 12
Bale Size: Medium

*Not Legal For Trade*

---

5-21

1075

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-9-17
DELIVERED TO _[signature]_
DELIVERED BY Ramos Farms
DRIVER/TRUCK # _[signature]_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 30       # CUT 5       FIELD HQ-1       SAMPLE # _____

AUTHORIZED BY _____

## Scale Ticket

Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17925**
**Date: 9/12/2017**

Gross Wt: 79,520 lbs @ 9:54 AM
Tare Wt: 30,400 lbs @ 10:25 AM
Net Wt: 49,120 lbs (24.56 tons)

Commodity: #1 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 6-1
# of Bales 36 (1,364 lbs/bale)
Sample #: 767
Broker Net Weight:
Comment:
Cut: 6
Luv Weigher: JC
Moisture Dock 21 25: 6
Moisture Dock 26 35: 1
moisture 16 18: 12
Bale Size: Medium

*Not Legal For Trade*

---

6-1

1076

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-12-17
DELIVERED TO L.U.V.D
DELIVERED BY Ramos Farms
DRIVER/TRUCK # Cesar Galardo
DESCRIPTION:

TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 36   # CUT 6   FIELD Horn-8   SAMPLE # _____

AUTHORIZED BY _____

Case 17-12356-t11   Doc 439   Filed 06/14/18   Entered 06/14/18 08:37:14 Page 16 of 20

## Las Uvas Valley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 17973**
**Date: 9/12/2017**

| | |
|---|---|
| Gross Wt: | 79,040 lbs @ 2:51 PM |
| Tare Wt | 30,180 lbs @ 3:39 PM |
| Net Wt: | 48,860 lbs (24.43 tons) |

Commodity: #1 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 6 2
# of Bales 36 (1,357 lbs/bale
Sample #: 768
Broker Net Weight:
Comment:
Cut: 6
Luv Weigher JC
Moisture Dock 21 25: 5
moisture 16 18: 19
Bale Size: Medium

*Not Legal For Trade*

---

6-2

1077

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-12-13
DELIVERED TO Luv D
DELIVERED BY Ramos Farms
DRIVER/TRUCK # Cesar Salcido
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 36   # CUT 6   FIELD Home 7,6   SAMPLE # _____

AUTHORIZED BY _____

Las Uvas V lley Dairy
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 18016**
**Date: 9/13/2017**

Gross Wt: 84,140 lbs @ 7:33 AM
Tare Wt: 29,840 lbs @ 7:56 AM
Net Wt: 54,300 lbs (27.15 tons)

Commodity: #1 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 6 3
# of Bales 39 (1,392 lbs/bale)
Sample #: 771
Broker Net Weight:
Comment: FIELD: H 5 4
Cut: 6
Luv Weigher: VM
Moisture Dock 21 25: 12
Moisture Dock 26 35: 1
moisture 16 18: 22
Bale Size: MEDIUM

*Not Legal For Trade*

---

6-3

1078

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-13-17
DELIVERED TO _L.U.V.D_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Jakirlo_
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES #39    # CUT 6    FIELD Home-5-4    SAMPLE # _____

AUTHORIZED BY _____

## Scale Ticket

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 18033**
**Date: 9/13/2017**

Gross Wt: 79,... 0 lbs @ 12:41 PM
Tare Wt: 30,420 lbs @ 1:38 PM
Net Wt: 48,820 lbs (24.41 tons)

Commodity: Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 6 4
# of Bales 36 (1,356 lbs/bale)
Toggle #: 772
Broker Net Weight:
Comment:
Cut: 6
Luv Weigher: JC
Moisture Dock 21 25: 8
moisture 16 18: 18
Bale Size: Medium

*Not Legal For Trade*

---

6-4

1079

## RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-13-17
DELIVERED TO L.U.V.D
DELIVERED BY Ramos Farms
DRIVER/TRUCK # Cesar Zacarlo
DESCRIPTION:
TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 36      # CUT 6      FIELD Home-5-2      SAMPLE # _____

AUTHORIZED BY _____

**Las Uvas Valley Dairy**
1261 Hilburn Rd
Hatch, NM 87937

**Scale Ticket # 18077**
**Date: 9/14/2017**

Gross Wt: 85,020 lbs @ 7:47 AM
Tare Wt: 30,100 lbs @ 8:21 AM
Net Wt: 54,920 lbs (27.46 tons)

Commodity: #1 Alfalfa Hay
Location: Barn 14
Broker: Ramos Farms
Hauler: Ramos Farms
Truck: 8
Field:
Bill of Lading: 6 5
# of Bales 39 (1,408 lbs/bale
Sample #: 774
Broker Net Weight:
Comment:
Cut: 6
Luv Weigher: JC
Moisture Dock 21 25: 9
moisture 16 18: 16
Bale Size: Medium

*Not Legal For Trade*

---

6-5

1080

# RAMOS FARMS

PO Box 612
Lordsburg
New Mexico 88045
Phone
575-546-1878 (David)
575-546-1934 (Lupe)
Email
*ramos@aznex.net*

DATE 9-14-17
DELIVERED TO _Luv_
DELIVERED BY _Ramos Farms_
DRIVER/TRUCK # _Cesar Jalisco_
DESCRIPTION:

TIME BALED _____ RECEIPT # _____
TERMS AGREED UPON _____
WEATHER CONDITIONS _____

#BALES 39    # CUT 6    FIELD #-1    SAMPLE # _____

AUTHORIZED BY _____