McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hilton A. Ryder, #54470
   hilton.ryder@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Vitus Nutrition

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re<br><br>LAS UVAS VALLEY DAIRIES,<br>A New Mexico general partnership,<br><br>Debtor | Case No. 17-12356-11<br><br>Chapter 11 |

### NOTICE OF ADMINISTRATIVE CLAIM OF VITUS NUTRITION 11 USC 509 (b)(9)

Notice is hereby given that Vitus Nutrition assets a Cost of Administration Claim in the amount of $26,221.02, for product delivered to Debtor on September 6, 2017, within twenty (20) days of the filing of the above captioned case on September 15, 2017. Vitus Nutrition filed Claim No. 10-1 asserting a total claim of $78,753.51 that included three deliveries of product, the first on August 21, 2017, for $26,150.44 which remains a general unsecured claim; the second on September 6, 2017, which is entitled to priority as a 503(b)(9) Cost of Administration claim for $26,221.02 and is the subject of this Notice; and the third on September 15, 2017, for $26,440.05 which amount has been paid as an ordinary course of business Cost of Administration Claim. A copy of Claim No. 10-1 is attached to this Notice as Exhibit A.

This Notice is provided pursuant to ARTICLE V, Paragraph 5.1 and 5.2 of the confirmed plan as modified by Order Confirming Plan entered June 14, 2018, which provides for filing of this Notice within fifteen (15) days of the Effective Date of June 14, 2018.

\\\\\\

| | |
|---|---|
| 1  Dated: June 18, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | |
| 3 | |
| 4 | By: _____ |
| 5 | Hilton A. Ryder |
| | Attorneys for Vitus Nutrition |

1 Dated: June 18, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hilton A. Ryder
Attorneys for Vitus Nutrition

99930-00011 5195604.1

EXHIBIT "A"

FILED
U.S. Bankruptcy Court
District of New Mexico
10/10/2017
Lana Merewether, Clerk

Fill in this information to identify the case:

Debtor 1 __LAS UVAS VALLEY DAIRIES__
Debtor 2 _____
(Spouse, if filing)
United States Bankruptcy Court __District of New Mexico__
Case number: __17-12356__

## Official Form 410
## Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Vitus Nutrition** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> **Vitus Nutrition** <br> Name <br><br> PO Box 738 <br> Turlock, CA 95381-0738 <br><br> Contact phone _____ <br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | Where should payments to the creditor be sent? (If different) <br><br> _____ <br> Name <br><br><br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410      Proof of Claim      page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| **7. How much is the claim?** | $ 78753.51    **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Goods sold to Debtor |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $ _____<br>Amount of the claim that is secured: $ _____<br>Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $ _____<br><br>Annual Interest Rate (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410      Proof of Claim      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies | $ 52661.07 |

* Amounts are subject to adjustment on 4/1/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/10/2017
                  MM / DD / YYYY

/s/ Hilton Ryder

Signature

Print the name of the person who is completing and signing this claim:

Name: Hilton Ryder
       First name    Middle name    Last name

Title: Attorney

Company: McCormick Barstow, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: PO Box 28912
         Number Street
         Fresno, CA 93729-8912
         City State ZIP Code

Contact phone: 559-4323-1300    Email: hilton.ryder@mccormickbarstow.com

Official Form 410                    Proof of Claim                    page 3

Customer        1001939
Company Code    1020

Name            LAS UVAS VALLEY DAIRY
City            HATCH

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 20141119 | 1600000003 | DG | 11/19/2016 | | | 66.00- | USD |
| | | | | | | | 66.00- | USD |
| ☐ | 20170921 | 9011849... | XV | 09/21/2017 | | | 26,450.41 | USD |
| | | | | | | | 26,150.46 | USD |
| ☐ | 20170915 | 90116230 | XV | 09/15/2017 | | | 26,440.05 | USD |
| ☐ | 20170915 | 90119590 | | 09/26/2017 | | | 26,412.12 | USD |
| | | | | | | | 52,661.07 | USD |
| ** | | | | | | | 78,753.51 | USD |

Case 17-12356-t11    Claim 10-1 Part 2    Filed 10/10/17    Desc Attachment 1    Page 1 of 1

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hilton A. Ryder, #54470
   *hilton.ryder@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Vitus Nutrition

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re | Case No. 17-12356-11 |
| LAS UVAS VALLEY DAIRIES,<br>A New Mexico general partnership,<br><br>        Debtor | Chapter 11 |

**PROOF OF SERVICE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On June ___, 2018, I served true copies of the following document(s) described as **NOTICE OF ADMINISTRATIVE CLAIM OF VITUS NUTRITION 11 USC 509(b)(9)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2018, at Fresno, California.

_/s/ Amy G. Sherrick_
Amy G. Sherrick

# SERVICE LIST

| | |
|---|---|
| Alice Nystel Page<br>United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103 | Las Uvas Valley Dairies<br>c/o ASKEW & MAZEL, LLC<br>George M. Moore, Esq.<br>1122 Central Ave SW, Ste 1<br>Albuquerque, NM 87102 |
| Production Credit Association of Southern NM<br>c/o ROGGOW LAW, LLC<br>James A. Roggow, Esq.<br>205 W. Boutz Rd., Bldg. 2, Ste. C<br>Las Cruces, NM 88005 | MODRALL SPERLING ROEHL HARRIS & SISK, P.A.<br>Paul M. Fish, Esq.<br>Douglas R. Vadnais, Esq.<br>Spencer L. Edelman, Esq.<br>PO Box 2168<br>Albuquerque, NM 87103 |
| BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC<br>Susan C. Mathews<br>1301 McKinney, Ste 3700<br>Houston, TX 77010 | Gary A. Barnes<br>1600 Monarch Plaza<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326 |
| Philip Mitchell, Esq.<br>THE CAVANAGH LAW FIRM, P.A.<br>1850 North Central Avenue<br>Ste 2400<br>Phoenix, AZ 85004 | |

99930-00011 5195727.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

5