UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership

    Debtor.                                                     No. 11-17-12356-TA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Giddens & Gatton Law, P.C. (Chris M. Gatton) and hereby enters its appearance on behalf of Phillip Mitchell, Liquidating Trustee. Counsel requests copies of all pleadings, notices and other papers filed herein.

Respectfully submitted:

GIDDENS, GATTON & JACOBUS, P.C.

/s/Chris M. Gatton,
Submitted electronically 6.26.18
10400 Academy, Suite 350
Albuquerque, NM  87111
Phone: (505) 271-1053
Facsimile: (505) 271-4848
Email: chris@giddenslaw.com
*Attorneys for Liquidating Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the **26th day of June, 2018**, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/Chris M. Gatton,
Submitted electronically 6.26.18