| DATE | PROFESSIONAL | RATE | TIME | TOTAL | DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|---|
| 11/22/17 | Feferman | 650.00 | 0.4 | 260.00 | Telephone call with P. Fish re case strategy, plan of action financial investigation | BA |
| 11/22/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of commonsized report on financial statements of largest dairy farms in region | BA |
| 11/22/17 | Feferman | 650.00 | 1.8 | 1,170.00 | Examination and analysis of factual information - term sheets dated 2/19/16 re loans | f |
| 11/22/17 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of email string between case professionals - respond accordingly with email re meetings with FC and debtor's reps | CA |
| 11/22/17 | Feferman | 650.00 | 2.7 | 1,755.00 | Examination and analysis of pledings and exhibits to FC objection to use of cash collateral | BA |
| 11/22/17 | Feferman | 650.00 | 0.7 | 455.00 | Continue examination and analysis of Farm Credit Exhibits | BA |
| 11/22/17 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to Jim Roggow re meeting on 11/27/17 | CA |
| 11/22/17 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to P. Fish - site visit | CA |
| 11/22/17 | Feferman | 650.00 | 1.8 | 1,170.00 | Examination and analysis of factual info re debtor's business operations | BA |
| 11/22/17 | Feferman | 650.00 | 2.1 | 1,365.00 | Examination and analysis of Debtor's financials with commonsized financials of Debtor's CPA's largest dairy clients and historical figures | BA |
| 11/22/17 | Feferman | 650.00 | 0.7 | 455.00 | continue analysis of Debtor's historical financial performance | BA |
| 11/23/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of loan proposal prepard by Debtor's CPA | f |
| 11/23/17 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of restructuring Agreement and 4 amendments | F |
| 11/23/17 | Feferman | 650.00 | 1.9 | 1,235.00 | Examination and analysis of June 2017 through May 2018 Cash Flow Budget "Performa" and balance sheets provided by farm credit | BA |
| 11/23/17 | Feferman | 650.00 | 0.1 | 65.00 | Examine and respond to email from P. Fish re Farm Credit's reports and analysis | BA |
| 11/23/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis MOR II | BA |
| 11/23/17 | Feferman | 650.00 | 1.3 | 845.00 | Continue examination and analysis of MOR II | BA |
| 11/23/17 | Feferman | 650.00 | 1.4 | 910.00 | Continue examination and analysis of MOR II | BA |
| 11/23/17 | Feferman | 650.00 | 0.9 | 585.00 | Examination and analysis of financial terms operating loan (2704566 | F |
| 11/23/17 | Feferman | 650.00 | 0.2 | 130.00 | Review daily milk production report | BA |
| 11/23/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of Farm Credit's borrowing base analysis dated 7/31/17 | F |
| 11/23/17 | Feferman | 650.00 | 0.7 | 455.00 | Analysis of Debtor's proforma balance sheets (FC exhibits) | BA |
| 11/24/17 | Feferman | 650.00 | 0.9 | 585.00 | Examination and analysis of factual info re FC's opposition to Debtor's use of cash collateral and historical performance | BA |
| 11/25/17 | Feferman | 650.00 | 0.1 | 65.00 | Exchange emails with P. Fish re site visit, exhibits in support of FC's opposition | BA |
| 11/25/17 | Feferman | 650.00 | 0.5 | 325.00 | Examination and analysis of inventory reoport 8/31/17 | BA |
| 11/25/17 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of inventory report 10/1/17 | BA |
| 11/25/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of financial statements dated 8/31/17 | BA |
| 11/25/17 | Feferman | 650.00 | 1.8 | 1,170.00 | Work on information checklist | BA |
| 11/25/17 | Feferman | 650.00 | 0.6 | 390.00 | Examination and analysis of inventory reports | BA |
| 11/25/17 | Feferman | 650.00 | 0.6 | 390.00 | Analysis of Debtors expenditures on feed related costs | BA |
| 11/25/17 | Feferman | 650.00 | 0.3 | 195.00 | continue examination and analysis related to feed costs | BA |
| 11/25/17 | Feferman | 650.00 | 0.2 | 130.00 | Multiple telephone calls and texts with UCC members re M. Horton contact info | BA |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 11/25/17 | Feferman | 650.00 | 0.4 | 260.00 | Examine and reply to email from M. Horton re site visit | BA |
| 11/25/17 | Feferman | 650.00 | 0.3 | 195.00 | Prepare diligence check list for site visit | BA |
| 11/25/17 | Feferman | 650.00 | 0.1 | 65.00 | Prepare diligence check list for site visit | BA |
| 11/25/17 | Feferman | 650.00 | 1.6 | 1,040.00 | Examination and analysis of FC's comparative Financial Statement Analysis 12/31/14 through 6/30/17 | BA |
| 11/25/17 | Feferman | 650.00 | 0.7 | 455.00 | Financial Statement Analysis - Historical for period 12/31/14 through 6/30/17 | BA |
| 11/25/17 | Feferman | 650.00 | 1.3 | 845.00 | Examination and analysis of Debtor's projections compared with Farm credits projection and historical results - compare with results published in MORs | BA |
| 11/25/17 | Feferman | 650.00 | 0.3 | 195.00 | Examination of Ration Report 10/1/17 | BA |
| 11/25/17 | Feferman | 650.00 | 0.1 | 65.00 | examination of payoff report from farm credit | f |
| 11/25/17 | Feferman | 650.00 | 1.6 | 1,040.00 | Examination and analysis of historical costs per 2014, 2015, 2016 financial statements compared with cash collateral projections | BA |
| 11/26/17 | Feferman | 650.00 | 0.2 | 130.00 | Exchange emails with P. Fish and UCC members re site visit | MC |
| 11/26/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of factual info re operations including FC exhibits | BA |
| 11/26/17 | Feferman | 650.00 | 0.1 | 65.00 | Read and reply to email from J. Roggow re meeting tomorrow with FC representative and J. Roggow | BA |
| 11/26/17 | Feferman | 650.00 | 0.9 | 585.00 | Continue Examination and analysis of factual info re operations including FC support documents | BA |
| 11/26/17 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with P. Fish re strategy - site visit | BA |
| 11/26/17 | Feferman | 650.00 | 1.6 | 1,040.00 | Examination and analysis of factual info during flight re objection to cash collateral | BA |
| 11/26/17 | Feferman | 650.00 | 0.6 | 390.00 | Amend analysis of factual info and email to P. Fish | BA |
| 11/26/17 | Feferman | 650.00 | 0.6 | 390.00 | Telephone call with P. Fish re strategy for site visit meeting | BA |
| 11/26/17 | Feferman | 650.00 | 1.7 | 1,105.00 | Rent car and travel from ELP airport to Las Cruces, NM | T |
| 11/26/17 | Feferman | 650.00 | 5.1 | 3,315.00 | Travel Not working on other matters -No Bill | T |
| 11/27/17 | Feferman | 650.00 | 2.8 | 1,820.00 | Examination and analysis of factual info in preparation for meeting with Farm Crdit | BA |
| 11/27/17 | Feferman | 650.00 | 0.4 | 260.00 | Travel to FC office | T |
| 11/27/17 | Feferman | 650.00 | 2 | 1,300.00 | Meet with FC representatives Greg Carrasco and J. Roggow | BA |
| 11/27/17 | Feferman | 650.00 | 0.4 | 260.00 | Return from meeting at FC | T |
| 11/27/17 | Feferman | 650.00 | 0.3 | 195.00 | Telephone call with P. Fish re my meeting at FC | BA |
| 11/27/17 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of notes from FC meeting | BA |
| 11/27/17 | Feferman | 650.00 | 3.8 | 2,470.00 | Round trip travel to Lordsburg, NM | T |
| 11/27/17 | Feferman | 650.00 | 2 | 1,300.00 | Meet with UCC members to discuss factual info re case strategy | MC |
| 11/27/17 | Feferman | 650.00 | 0.9 | 585.00 | Examination and analysis of factual info re debtor's projections v Farm Credit's | BA |
| 11/28/17 | Feferman | 650.00 | 1.8 | 1,170.00 | Prepare for site visit to Debtor's office examine operating reports, financial information, and projections. | BA |
| 11/28/17 | Feferman | 650.00 | 0.9 | 585.00 | Drive to debtor's office | T |
| 11/28/17 | Feferman | 650.00 | 9.5 | 6,175.00 | Meet with debtor's management - site visit | BA |
| 11/28/17 | Feferman | 650.00 | 0.9 | 585.00 | Return from site visit. Confer with P. Fish en route | T |
| 11/28/17 | Feferman | 650.00 | 1.1 | 715.00 | Review notes and documents provided from today's meeting with Debtor. | BA |
| 11/28/17 | Feferman | 650.00 | 0.3 | 195.00 | Examination and analysis of email from P. Fish and attached milk report | BA |
| 11/29/17 | Feferman | 650.00 | 0.7 | 455.00 | Examination and analysis of date provided by debtor during meeting on 28th | BA |
| 11/29/17 | Feferman | 650.00 | 0.3 | 195.00 | Travel to FC office | T |
| 11/29/17 | Feferman | 650.00 | 2 | 1,300.00 | Meet with Greg Carrasco and J. Roggow re FC's analysis | BA |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 11/29/17 | Feferman | 650.00 | 0.9 | 585.00 | Drive to LUVD from FC | T |
| 11/29/17 | Feferman | 650.00 | 3.8 | 2,470.00 | 2:15 Continue site visit. Meet with Mitch and Frances Horton | BA |
| 11/29/17 | Feferman | 650.00 | 0.9 | 585.00 | Return drive from LUVD | T |
| 11/29/17 | Feferman | 650.00 | 1.3 | 845.00 | Meet with UCC member, discuss factual info re site visit | MC |
| 11/29/17 | Feferman | 650.00 | 2.2 | 1,430.00 | Examination and analysis of information collected during meetings in New Mexico and meeting notes. | BA |
| 11/30/17 | Feferman | 650.00 | 0.8 | 520.00 | Draft memo to UCC re site visit | MC |
| 11/30/17 | Feferman | 650.00 | 0.3 | 195.00 | Telephone call with Charles Kulas -Abbott Futures - milk pricing trends. Nail difference between future class III price. Mail Class III net + bonus. 55 months of production gain as of October | BA |
| 11/30/17 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to M. Horton - cash balance | BA |
| 11/30/17 | Feferman | 650.00 | 1.3 | 845.00 | Examination and analysis of factual collected from debtor yesterday and day before and complete drafting memo to UCC re same. Email to P. Fish | MC |
| 11/30/17 | Feferman | 650.00 | 0.4 | 260.00 | Telephone call with M. Horton re cash on hand, projected expenses, heifer/springer program | BA |
| 11/30/17 | Feferman | 650.00 | 3.3 | 2,145.00 | Drive from Las Cruces to Albuquerque | T |
| 12/1/17 | Feferman | 650.00 | 1.3 | 845.00 | Meet at Modral offices with P. Fish and 2 UCC members. Participate in UCC telephone call. Debrief after call with UCC member attending in person | MC |
| 12/1/17 | Feferman | 650.00 | 0.6 | 390.00 | Examination and analysis of factual info. Calculate preliminary burn rate, forward to counsel | BA |
| 12/1/17 | Feferman | 650.00 | 0.8 | 520.00 | Confer with S. Edleman and Paul Fish over lunch re cash burn, strategy, next steps, work plan | CA |
| 12/1/17 | Feferman | 650.00 | 1 | 650.00 | Drive to airport, return car and walk through security. | T |
| 12/1/17 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with OCC, me, Dave Ramos re work plan. Billable while en route | MC |
| 12/1/17 | Feferman | 650.00 | 2.9 | 1,885.00 | Travel Not working on other matters -No Bill | T |
| 12/6/17 | Feferman | 650.00 | 0.3 | 195.00 | Examination and analysis of email from P. Fish and attached milk report | BA |
| 12/7/17 | Feferman | 650.00 | 0.3 | 195.00 | Draft and send info required to M. Horton - cash balanances | BA |
| 12/8/17 | Feferman | 650.00 | 0.6 | 390.00 | Telephone call with M. Horton re cash balances, fee, and springer purchases | BA |
| 12/8/17 | Feferman | 650.00 | 0.5 | 325.00 | Telephone call with P. Fish re status of operations | BA |
| 12/8/17 | Feferman | 650.00 | 0.3 | 195.00 | examination and analysis of email from P. Fish re forwarded email from J. Roggow re Debtor's deteriorating financial condition | BA |
| 12/11/17 | Feferman | 650.00 | 1.7 | 1,105.00 | Examination and analysis of factual info re debtor's business operations | **BA** |
| 12/11/17 | Feferman | 650.00 | 1.1 | 715.00 | Examination and analysis of email from P. Fish - thrid quarter financials. Reply to P. Fish | BA |
| 12/11/17 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of email from P. Fish - thrid quarter financials. | BA |
| 12/11/17 | Feferman | 650.00 | 0.1 | 65.00 | Exchange emails with P. Fish re availability for UCC conference call only if needed | MC |
| 12/11/17 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to M. Horton reminding him to forward milk check | BA |
| 12/11/17 | Feferman | 650.00 | 3.1 | 2,015.00 | Analysis of factual information provided by debtor | BA |
| 12/12/17 | Feferman | 650.00 | 0.7 | 455.00 | Examination and analysis of financial info, Debtor's budget and going forward scenarios | BA |
| 12/12/17 | Feferman | 650.00 | 1.9 | 1,235.00 | Examination and analysis of factual info pertaining to debtor's finances and business trends and projections | BA |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 12/12/17 | Feferman | 650.00 | 0.3 | 195.00 | Continue with examination and analysis from above | BA |
| 12/13/17 | Feferman | 650.00 | 0.3 | 195.00 | Check docket and examine Met Life's reply | FEA |
| 12/13/17 | Feferman | 650.00 | 0.3 | 195.00 | Examination and analysis of inventory report forwarded by P. Fish | BA |
| 12/14/17 | Feferman | 650.00 | 0.3 | 195.00 | Examination and analysis LUVD, CF and variance report. Send responsive email to UCC | BA |
| 12/15/17 | Feferman | 650.00 | 1.2 | 780.00 | Examination and analysis of factual info provided by debtor re finances and operations; examine possible error in calculation of other income. Send 2 emails to M. Horton re same. | BA |
| 12/15/17 | Feferman | 650.00 | 0.9 | 585.00 | Continue review of factual info provided by debtor (cash flow variance report) | BA |
| 12/15/17 | Feferman | 650.00 | 0.6 | 390.00 | Continue review of factual info provided by debtor | BA |
| 12/15/17 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to debtor re cash on hand as reported in LUVD Oct and Nov variance reports | BA |
| 12/15/17 | Feferman | 650.00 | 0.1 | 65.00 | Examination, analysis and report to email response from M. Horton re factual information reported by debtor, date of "cash on hand" in October and November variance reports | BA |
| 12/15/17 | Feferman | 650.00 | 0.1 | 65.00 | Exchange emails with M. Horton re AP | BA |
| 12/15/17 | Feferman | 650.00 | 0.2 | 130.00 | Telephone call with P. Fish re status of Employment application | FEA |
| 12/19/17 | Feferman | 650.00 | 0.1 | 65.00 | Examine D. notice re hearing on employment application | FEA |
| 12/19/17 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with P. Fish re hearing FEA | FEA |
| 12/20/17 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with P. Fish re strategy hearing on employment application | FEA |
| 12/20/17 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of committee's motion for 2004 exam | LC |
| 1/3/18 | Feferman | 650.00 | 0.1 | 65.00 | Employment application and reply to email from P. Fish, projections | P |
| 1/4/18 | Feferman | 650.00 | 0.1 | 65.00 | Employment application and reply to email from P. Fish, factual information, committee plan package. | P |
| 1/4/18 | Feferman | 650.00 | 0.6 | 390.00 | Work on report of factual info to UCC, | BA |
| 1/4/18 | Feferman | 650.00 | 1.6 | 1,040.00 | Work on report and analysis of factual info on Debtor's Cash Flow | BA |
| 1/7/18 | Feferman | 650.00 | 1.3 | 845.00 | Examination and analysis of factual info and amend report to committee | P |
| 1/7/18 | Feferman | 650.00 | 0.9 | 585.00 | Examination and analysis of factual info and amend report to committee | P |
| 1/7/18 | Feferman | 650.00 | 1.9 | 1,235.00 | Examination and analysis of factual info and amend report to committee | P |
| 1/7/18 | Feferman | 650.00 | 0.7 | 455.00 | Examination and analysis of factual info and amend report to committee | P |
| 1/7/18 | Feferman | 650.00 | 1.1 | 715.00 | Examination and analysis of factual info and amend report to committee | P |
| 1/9/18 | Feferman | 650.00 | 0.9 | 585.00 | Amend report of factual info for UCC | P |
| 1/9/18 | Feferman | 650.00 | 1.3 | 845.00 | Draft report of operations and projections | P |
| 1/9/18 | Feferman | 650.00 | 1.4 | 910.00 | Check figures and amend report | P |
| 1/9/18 | Feferman | 650.00 | 0.4 | 260.00 | Check figures and amend report | P |
| 1/10/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination and analysis of email from P. Fish re receipt of report | P |
| 1/10/18 | Feferman | 650.00 | 0.4 | 260.00 | Telephone call with UCC member re factual info | MC |
| 1/11/18 | Feferman | 650.00 | 0.2 | 130.00 | Telephone call with P. Fish re factual info re debtor's finances | P |
| 1/11/18 | Feferman | 650.00 | 0.2 | 130.00 | Examination and analysis of email from M. Horton. Send email to P. Fish and S. Edelman re same | P |
| 1/12/18 | Feferman | 650.00 | 0.3 | 195.00 | Discuss opps with M. Horton, convene tomorrow 10 a.m. PST | P |
| 1/13/18 | Feferman | 650.00 | 1.9 | 1,235.00 | Telephone call with M. and L. Horton re Debtor's cash flow forecast | P |
| 1/13/18 | Feferman | 650.00 | 0.3 | 195.00 | Draft and send email to counsel reporting on analysis of Debtor's updated projections | P |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---:|---:|---:|---|---|
| 1/13/18 | Feferman | 650.00 | 0.4 | 260.00 | Analysis and report to email from P. Fish re my examination of factual info | P |
| 1/13/18 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with M. Horton re Debtor's reductions | CA |
| 1/13/18 | Feferman | 650.00 | 0.2 | 130.00 | additional tc with Mr. Horton re Debtors updated projections and costs of heiffer / springer program | P |
| 1/13/18 | Feferman | 650.00 | 1.7 | 1,105.00 | Examination and analysis of latest projections from Debtor | P |
| 1/14/18 | Feferman | 650.00 | 5.4 | 3,510.00 | Examination and analysis of factual info. Analysis fo Debtor's new budget provided 20180113. Develop and examine downsizing scenario and possible undisclosed costs associated with Heifer/Springer sale/purchase program - "The Exchange Program"    Draft report and forward to P. Fish. | P |
| 1/14/18 | Feferman | 650.00 | 0.3 | 195.00 | Telephone call with P. Fish discuss analysis of factual info. Debtor's 2018 cash flow forecast Mitch's cash flow | P |
| 1/15/18 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of email string from P. Fish re negotiations | AD |
| 1/16/18 | Feferman | 650.00 | 0.2 | 130.00 | Draft and send email to M. Horton re followup on treatment of Exchange Program in new budget (fwd to P. Fish) | P |
| 1/17/18 | Feferman | 650.00 | 0.2 | 130.00 | Examination and analysis of email string from P. Fish re plan negotiations | P |
| 1/17/18 | Feferman | 650.00 | 0.3 | 195.00 | TC with P. Fish re negotiations, items on financial statement affecting cash | P |
| 1/17/18 | Feferman | 650.00 | 0.1 | 65.00 | TC with M. Horton asking him to verify expenditures on fixed assets | P |
| 1/17/18 | Feferman | 650.00 | 0.4 | 260.00 | Examine email from M. Horton re fixed asset expenditures | P |
| 1/17/18 | Feferman | 650.00 | 0.1 | 65.00 | TC with M. Horton confirm fixed asset expenditures | P |
| 1/17/18 | Feferman | 650.00 | 0.1 | 65.00 | Call P. Fish and leave msg and draft and send email re fixed asset expenditures | P |
| 1/18/18 | Feferman | 650.00 | 1.7 | 1,105.00 | Attend telephonically hearing on UCC's motion to appoint financial advisor | FEA |
| 1/18/18 | Feferman | 650.00 | 0.2 | 130.00 | Debrief with P. Fish re today's hearing and next steps re operations | F |
| 1/24/18 | Feferman | 650.00 | 0.3 | 195.00 | Examination and analysis of proposed order CRA employment  Draft and send email response to P. Fish | FEA |
| 1/25/18 | Feferman | 650.00 | 0.7 | 455.00 | Examination and analysis milk checks | BA |
| 1/25/18 | Feferman | 650.00 | 1.8 | 1,170.00 | Examination and analysis December 2017 MOR | BA |
| 1/29/18 | Feferman | 650.00 | 0.2 | 130.00 | Examination, analysis and respond to 2 emails from P. Fish - employment order | FEA |
| 1/31/18 | Feferman | 650.00 | 2.4 | 1,560.00 | Examination and analysis of factual info re debtor's finances | LC |
| 2/1/18 | Feferman | 650.00 | 0.3 | 195.00 | Telephone call with P. Fish re reporting on factual info | BA |
| 2/1/18 | Feferman | 650.00 | 1.7 | 1,105.00 | Examination and analysis of historical financial information - revenues | LC |
| 2/1/18 | Feferman | 650.00 | 0.3 | 195.00 | Telephone call with M. Horton re factual info milk production levels | LC |
| 2/5/18 | Feferman | 650.00 | 0.3 | 195.00 | Examination, analysis and report to email from P. Fish re employment order | FEA |
| 2/5/18 | Feferman | 650.00 | 0.1 | 65.00 | Examine factual info re debtor's industry | LC |
| 2/5/18 | Feferman | 650.00 | 0.2 | 130.00 | Draft and send email to P. Fish re factual info re benchmarking | LC |
| 2/5/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination and analysis of reply email from P. Fish re factual info re industry averages | LC |

| Date | Name | Rate | Hours | Amount | Description | Category |
|---|---|---|---|---|---|---|
| 2/5/18 | Feferman | 650.00 | 0.2 | 130.00 | Telephone call with P. Fish re request of factual info from debtor | LC |
| 2/5/18 | Feferman | 650.00 | 0.1 | 65.00 | Draft and send email to M. Horton requestion factual info regional industry averages | LC |
| 2/5/18 | Feferman | 650.00 | 0.1 | 65.00 | ML for M. Horton re request for factual info - industry averages | LC |
| 2/5/18 | Feferman | 650.00 | 0.1 | 65.00 | Email to P. Fish re factual info | LC |
| 2/5/18 | Feferman | 650.00 | 0.6 | 390.00 | Work on report of factual info | LC |
| 2/5/18 | Feferman | 650.00 | 1.8 | 1,170.00 | Work on report of factual info | LC |
| 2/5/18 | Feferman | 650.00 | 1.5 | 975.00 | Continue work on analysis of factual info, prepare projections | LC |
| 2/5/18 | Feferman | 650.00 | 1.7 | 1,105.00 | Continue work on analysis of factual info, prepare projections | LC |
| 2/8/18 | Feferman | 650.00 | 0.4 | 260.00 | Continue work on report of factual info re projections | LC |
| 2/9/18 | Feferman | 650.00 | 0.1 | 65.00 | Email to M. Horton request telephone call re factual info re historical and projected disbursements and cost reductions | LC |
| 2/9/18 | Feferman | 650.00 | 0.1 | 65.00 | Second email to M. Horton request telephone call re factual info | LC |
| 2/11/18 | Feferman | 650.00 | 0.5 | 325.00 | Prepare for telephone call with P. Fish, review file | LC |
| 2/11/18 | Feferman | 650.00 | 0.4 | 260.00 | Telephone call with P. Fish re withdrawal of debtor from joint plan | LC |
| 2/12/18 | Feferman | 650.00 | 0.2 | 130.00 | Examination, analysis and reply to email from M. Horton | BA |
| 2/12/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination, analysis and respond to email reply from P. Fish | BA |
| 2/12/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination, analysis and reply to email from M. Horton | BA |
| 2/13/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination, analysis and report to email from P. Fish re cash collateral | F |
| 2/13/18 | Feferman | 650.00 | 0.8 | 520.00 | Examination and analysis of cash collateral exhibit | F |
| 2/14/18 | Feferman | 650.00 | 0.1 | 65.00 | Examination, analysis and report to email from P. Fish, cash collateral | F |
| 2/16/18 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with P. Fish re cash collateral and case status. Discuss my schedule call for next week with M. Horton and instructed to finish up projections | F |
| 2/19/18 | Feferman | 650.00 | 0.2 | 130.00 | Examination and analysis of transcript of voice mail from Edelman re discovery. Draft and send email reply and leave voice mail. | LC |
| 2/19/18 | Feferman | 650.00 | 0.1 | 65.00 | Telephone call with S. Edelman re discovery | LC |
| 6/14/18 | Feferman | 650.00 | 0.6 | 390.00 | Examination and analysis of Confirmation Order | FEA |
| 6/16/18 | Feferman | 650.00 | 0.7 | 455.00 | Preparation of first and final fee application | FEA |
| 6/16/18 | Feferman | 650.00 | 0.4 | 260.00 | Preparation of first and final fee application | FEA |
| 6/18/18 | Feferman | 650.00 | 1.1 | 715.00 | Preparation of first and final fee application | FEA |
| 6/19/18 | Feferman | 650.00 | 0.9 | 585.00 | Preparation of first and final fee application | FEA |
| 6/19/18 | Feferman | 650.00 | 1.3 | 845.00 | Preparation of first and final fee application | FEA |
| 6/19/18 | Feferman | 650.00 | 0.8 | 520.00 | Preparation of first and final fee application | FEA |
| 6/19/18 | Feferman | 650.00 | 1.4 | 910.00 | Preparation of first and final fee application | FEA |
| 6/21/18 | Feferman | 650.00 | 1.4 | 910.00 | Work on final fee app. | FEA |
| 6/22/18 | Feferman | 650.00 | 0.6 | 390.00 | Work on final fee app. | FEA |
| 6/22/18 | Feferman | 650.00 | 0.9 | 585.00 | Amend final fee app | FEA |
| 6/22/18 | Feferman | 650.00 | 0.7 | 455.00 | continue work on final fee app. | FEA |
| 6/23/18 | Feferman | 650.00 | 0.6 | 390.00 | Amend draft fee app. | FEA |
| 6/23/18 | Feferman | 650.00 | 0.2 | 130.00 | Draft and send email to P. Fish and S. Edleman re final fee app. - question re language closing paragraph. | FEA |
| 6/23/18 | Feferman | 650.00 | 0.4 | 260.00 | Examination and analysis of email reply from S. Edleman re final fee app. | FEA |

| | | | | |
|---|---|---|---|---|
| Gross | | 171.6 | 111,540.00 | |
| Less Fee Cap Discount | | | (61,350.00) | |
| Less No Bill Time Discount Non Working Travel on Flights | | | (5,200.00) | |
| Sub Total (Total Fees) | | | 44,990.00 | |
| Reimbursable Costs (SEE ATTACHED) | | | 2,444.59 | |
| NM Gross Receipts Tax | | | 917.30 | |
| **Grand Total** | | | $ 48,351.89 | |

**Calculation of Blended Rate**
| | | |
|---|---:|---:|
| Net Fees | $ | 44,990.00 |
| Hours Worked | | 171.60 |
| **Blended Hourly Rate** | $ | **262.18** |

**Calculation of Fee Cap Discount**
| | | |
|---|---:|---:|
| Hours Worked | | 171.60 |
| No Bill Hours | | 8.00 |
| Billable Hours | | 163.60 |
| Blended Hourly Rate | | 650.00 |
| Blended Cap | | 275.00 |
| Discount From Blended Rate | | 375.00 |
| **Fee Cap Discount** | $ | (61,350.00) |
| Discount for No Bill Hours | | (5,200.00) |
| **Total Discounts** | $ | (66,550.00) |

### REIMBURSABLE COSTS

| Date | Name | Category | Amount | Description |
|---|---|---|---:|---|
| 11/22/17 | Richard J. Feferman | air | 841.56 | AIR TRANSPORT - SAN TO ELP; ABQ TO SAN |
| 11/26/17 | Richard J. Feferman | Meal | 25.91 | In transit at Airport - San Diego |
| 11/26/17 | Richard J. Feferman | Meal | 21.26 | Lunch at PHX Airport |
| 11/26/17 | Richard J. Feferman | Meal | 28.70 | Dinner - La Posta Mesilla NM |
| 11/27/18 | Richard J. Feferman | Meal | 35.21 | Meal in Lordsburg, NM w/ UCC Members Ramos discuss Case and Debtors opps at Kranberrys Chatter box |
| 11/28/17 | Richard J. Feferman | Fuel | 31.42 | Fuel for Rental Car |
| 11/29/17 | Richard J. Feferman | Meal | 57.42 | Meet w/ UCC Member W. Ludwig Cattle Barron -Las Cruses |
| 11/29/17 | Richard J. Feferman | Lodging | 273.07 | 2 nights Home2Suites Las Cruces |
| 11/30/17 | Richard J. Feferman | Meal | 269.58 | With clients and counsel (P. Fish, A. Maloney, and J. Cooper Discuss case, strategy |
| 12/1/17 | Richard J. Feferman | Lodging | 187.25 | 1 Night Hotel Andaluz ABQ |
| 12/13/17 | Richard J. Feferman | Pacer | 0.50 | 116 |
| 12/1/17 | Richard J. Feferman | Lodging | 279.03 | 2 nights Home2Suites Las Cruces |
| 12/1/17 | Richard J. Feferman | Fuel | 29.94 | Fuel for Rental Car |
| 12/1/17 | Richard J. Feferman | Meal | 4.68 | Coffee at ABQ airport |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 12/1/17 | Richard J. Feferman | meal | 3.39 | Beverage at ABQ airport |
| 12/1/17 | Richard J. Feferman | Rental Car | 292.17 | Rental Car |
| 12/1/17 | Richard J. Feferman | air | 8.00 | Wifi in transit |
| 12/13/17 | Richard J. Feferman | Pacer | 0.10 | Pacer |
| 12/13/17 | Richard J. Feferman | Pacer | 0.10 | pacer |
| 12/13/17 | Richard J. Feferman | Pacer | 1.80 | Pacer Diamond Dairy Doc |
| 12/13/17 | Richard J. Feferman | Pacer | 3.00 | Pacer COB Johnson dairy 09-10201 Docket |
| 12/13/17 | Richard J. Feferman | Pacer | 3.00 | Pacer COB Johnson dairy 09-10201 795 |
| 12/13/17 | Richard J. Feferman | Pacer | 2.20 | Pacer COB Johnson dairy 09-10201 797 |
| | | | | Pacer COB Podtburg And Sons 03-29900 Doc |
| 12/13/17 | Richard J. Feferman | Pacer | 1.60 | nothing else av on Pacer |
| 12/13/17 | Richard J. Feferman | Pacer | 2.20 | Podtburg Ch 22 doc 183 pt 1 |
| 12/13/17 | Richard J. Feferman | Pacer | 3.00 | Podtburg Ch 22 doc 183 pt 2 |
| 12/13/17 | Richard J. Feferman | Pacer | 2.20 | Podtburg Ch 22 docket |
| 12/13/17 | Richard J. Feferman | Pacer | 1.10 | Breedyk Dairy Doc |
| 12/13/17 | Richard J. Feferman | Pacer | 1.30 | breedyk Dairy 92 |
| 12/13/17 | Richard J. Feferman | Pacer | 1.80 | Tres Hermnos Docket |
| 12/13/17 | Richard J. Feferman | Pacer | 3.00 | Tres Hermnos 104 |
| 12/13/17 | Richard J. Feferman | Pacer | 2.20 | Tres Hermnos 94 |
| 12/13/17 | Richard J. Feferman | Pacer | 4.60 | Tres Hermnos 95 |
| 12/13/17 | Richard J. Feferman | Pacer | 0.20 | Sun Valley Docket |
| 12/13/17 | Richard J. Feferman | Pacer | 0.80 | sun Valley Docket Lead |
| 12/13/17 | Richard J. Feferman | Pacer | 1.20 | Sun Valley 4 |
| 12/20/17 | Richard J. Feferman | Pacer | 0.50 | Pacer Doc 121 |
| 12/21/17 | Richard J. Feferman | Pacer | 0.20 | Docket |
| 12/21/17 | Richard J. Feferman | Pacer | 9.00 | Pacer 123 MOR |
| 1/9/18 | Richard J. Feferman | Pacer | 1.30 | Pacer Doc |
| 1/17/18 | Richard J. Feferman | Pacer | 1.30 | Pacer |
| 2/5/18 | Richard J. Feferman | Pacer | 1.70 | Pacer |
| 3/31/18 | Richard J. Feferman | Pacer | 0.70 | Pacer |
| 6/14/18 | Richard J. Feferman | Pacer | 0.20 | Pacer Docket |
| 6/14/18 | Richard J. Feferman | Pacer | 2.20 | Pacer # 440 |
| 6/14/18 | Richard J. Feferman | Pacer | 3.00 | Docket |
| | | | $ 2,444.59 | |