**IT IS ORDERED**

Date Entered on Docket: July 23, 2018

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES,  No. 17-12356-t11
a New Mexico General Partnership

    Debtor.

**ORDER APPROVING FINAL FEE APPLICATION FOR COUNSEL
FOR UNSECURED CREDITORS COMMITTEE**

    THIS MATTER coming on for consideration on the Final Fee Application for Counsel for Unsecured Creditors Committee [Doc. 466] (the "Application"), the Court having considered the matter, and FINDING that the Application was filed herein on June 26, 2018, that Notice of the Application [Doc. 467] and of the fifteen-day (plus three days for mailing of the Notice) deadline to object thereto was served on all parties on the mailing matrix maintained by the Court Clerk for this proceeding on June 26, 2018, that the deadline to object was July 18, 2018, that no objections have been filed, that Counsel for the Unsecured Creditors Committee and the United States Trustee have agreed to a reduction of $4,637.55 (representing legal fees of $4,314.00 and tax on the same of $323.55) of the fees sought in the Application, and that good cause exists to grant the Application.

1

IT IS NOW THEREFORE ORDERED as follows:

1. The Application is hereby approved in all respects, subject to a total reduction of $4,637.55 of the legal fees sought in the Application.

2. The Modrall Sperling Law Firm is hereby allowed, as an administrative expense of the chapter eleven estate, the sum of $251,411.03, consisting of Legal fees of $225,378.22; Costs of $9,306.22; and Taxes of $16,726.59. Of the amount allowed to be paid to The Modrall Sperling Law Firm, $121,356.71 has already been paid as compensation for its fees, costs, and tax incurred, leaving an unpaid balance of $130,054.32.

3. The Modrall Sperling Law Firm is authorized to apply the $15,000.00 retainer in its trust account to this Application, and the Liquidating Trustee is directed to pay the remaining unpaid balance of $115,054.32 approved herein.

###End of Order###

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: */s/ Spencer L. Edelman*
Paul M. Fish
Spencer L. Edelman
Attorneys for UCC
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800


Stipulating Party:
ILENE J. LASHINSKY
UNITED STATES TRUSTEE

By: *Approved telephonically*
Alice N. Page
Office of the U.S. Trustee
421 Gold St. SW, Rm. 112
P.O. Box 608
Albuquerque, NM 87103
(505) 248-6550
Alice.N.Page@usdoj.gov

After entry, copies to:

Daniel Behles
Askew Mazel Law Firm
1122 Central Ave. SW, Ste 1
Albuquerque, NM 87102

Susan Mathews
Baker Donelson Bearman Caldwell & Berkowitz
1301 McKinney St., Suite 3700
Houston, TX 77010

Gary Barnes
Baker Donelson Bearman Caldwell & Berkowitz
3413 Peachtree Rd, NE, Suite 1600
Atlanta, GA 30326

James A Roggow
Roggow Law, LLC
205 W. Boutz Rd., Bldg. 2, Suite C
Las Cruces, NM 88005

George D. Giddens
Giddens & Gatton Law, P.C.
10400 Academy NE, Suite 350
Albuquerque, NM 87111