**IT IS ORDERED**

**Date Entered on Docket: July 23, 2018**

_____

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**
_____



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:                                       )
                                             )
LAS UVAS VALLEY DAIRIES,                     )   Case No. 17-12356-j11
a New Mexico general partnership,            )
                                             )
                    Debtor.                  )

### STIPULATED ORDER APPROVING APPLICATION FOR ADMINISTRATIVE EXPENSES FILED BY CREDITOR EAGLE SUPPLY COMPANY, LLC

THIS MATTER came on for consideration of the Application for Administrative Expenses filed by Creditor Eagle Supply Company, LLC ("Motion") (Dkt #88), and after due notice to all interested parties, (Dkt. #89 and # 461), with no objections or responses filed to the Motion that have not been resolved by the consents noted below, and the Court having considered the matter, the Court finds that:

    1.    Eagle Supply Company, LLC ("Eagle") filed its Application for Administrative Expenses on November 3, 2017, and has provided service and notice to all interested parties,

1

including the Liquidating Trustee. (Dkt. # 89 and # 461)

2. Production Credit Association of Southern New Mexico ("PCA") filed an objection to the Motion on November 20, 2017. (Dkt #109)

3. The Debtor filed a response (Dkt #97) to the Motion on November 14, 2017, in which it concurred that Eagle be allowed an administrative expense claim pursuant to 11 U.S.C. §503(b)(9) in the net amount of $133,179.73. The Debtor did not agree to Eagle's request for immediate payment of said amount.

4. There have been no other responses or objections to the Motion.

IT IS NOW THEREFORE ORDERED, as follows:

A. The Motion is hereby granted in all respects and Eagle Supply Company, LLC is allowed a Section 503(b)(9) administrative expense claim in the net amount of $133,179.73, and

B. Eagle Supply Company, LLC's administrative expense claim as allowed herein shall be paid in accordance with the confirmed Chapter 11 Plan or under the Bankruptcy Code in accordance with any liquidation of the Debtor under the Bankruptcy Code, and

C. Eagle Supply Company, LLC's administrative expense claim as allowed herein shall have no effect on the extent, validity or priority of liens or secured claims of PCA or Metropolitan Life Insurance Company as those liens and security interest existed prior to the entry of this order.

## End of Order ##

Prepare and Submitted By:

By: /s/ Stephen B. Sutton
Stephen B. Sutton
LATHROP GAGE LLP
2345 Grand Blvd.
Suite 2400
Kansas City, MO 64108

Phone: 816-292-2000
Facsimile: 816-292-2001
ssutton@lathropgage.com

*Attorney for Eagle Supply Company LLC*


Approved:
Askew & Mazel, LLC
Counsel for Debtor

By: /s/ Daniel Behles
Daniel Behles
1122 Central Ave. SW, Suite 1
Albuquerque, NM 87102
Phone: 505-433-3097
danbehles@askewmazel.com



Roggow Law, LLC
Counsel for Production Credit Association
of Southern New Mexico, a subsidiary of
Farm Credit of New Mexico, ACA


By: /s/James A. Roggow
James A. Roggow
Suite C, Bldg., 205 W Boutz
Las Cruces, NM 88005
Phone: 575-526-2248
jaroggow@qwestoffice.net