UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership

    Debtor.                                                                       No. 11-17-12356-TA

## FINAL DECREE

The Estate of the above-named Debtor has been fully administered.

IT IS ORDERED THAT:

1. The chapter 11 case of the above-named debtor is closed; and

2. The Court shall retain jurisdiction to enter orders after the entry of the final decree on the Water Rights Avoidance Action, any administrative claims or professional fee claims, any pending adversary proceedings, any questions, clarifications, or orders necessary to effectuate the provisions of the Plan, Order of Confirmation, or Liquidating Trust Agreement, and any claims objections with respect to which no order has yet been entered.

### END OF ORDER ###

1

Submitted by:
<u>George "Dave" Giddens</u>
GIDDENS, & GATTON LAW, P.C.
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: 505-271-1053
Facsimile: 505-271-4848
Email: dave@giddenslaw.com
*Attorneys for LiquidatingTrustee*