# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership

Case No. 17-12356-11

Debtor.

## FIRST QUARTER 2022
## LAS UVAS LIQUIDATING TRUST REPORT

1. On July 24, 2019, the Court entered the Order Approving Settlement Agreement [Docket No. 549] (the "Global Settlement Order"), inter alia, approving a settlement between Robert Marcus, not individually, but solely in his capacity as successor liquidating trustee (the "Successor Trustee"), the Litigation Committee, and Metropolitan Life Insurance Company.

2. Pursuant to the Global Settlement Order, the Successor Trustee is required to file an annual and quarterly reports, containing: a summary of the assets, liabilities, income, and distributions of the Liquidating Trust, and a status report of all litigation for each relevant period.

3. Attached hereto as Exhibit A is the Quarterly Report for the First Quarter of 2022, prepared by the Successor Trustee, and encompassing the months of January - March 2022.

4. All information set forth in the reports is based on currently available information. The Successor Trustee reserves the right to amend, supplement, clarify, revise, or correct any of the filed reports based on newly discovered information or for any other reason necessary.

[*Balance of page intentionally left blank.*]

# Las Uvas Valley Dairies
# Liquidating Trust
# Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)
*Account Balances*

| | | Pay xx7401 | xx8300 | TOTAL |
|---|---|---:|---:|---:|
| | **Change in Account Balances - Cash** | | | |
| *12/31* | **Ending Balance (Book)** | $ 26,122.83 | $ 3,096,519.58 | $ 3,122,642.41 |
| | i. Cash Receipts | - | - | - |
| | ii. Cash Disbursements | (9.75) | (58,194.50) | (58,204.25) |
| | iii. Internal Acct Transfers - In | - | - | - |
| | iii. Internal Acct Transfers - Out | - | - | - |
| *3/31* | **Ending Balance (Bank)** | $ 26,113.08 | $ 3,038,325.08 | $ 3,064,438.16 |
| | *vii. Checks Outstanding* | $ - | $ - | - |
| *3/31* | **Ending Balance (Book)** | $ 26,113.08 | $ 3,038,325.08 | $ 3,064,438.16 |

**Las Uvas Valley Dairies**
**Liquidating Trust**
**Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)**
*Income Summary*

| | Pay xx7401 | xx8300 | TOTAL |
|---|---|---|---|
| **Income** | | | |
| **A. Cash Sales** | $ - | $ - | $ - |
| Heifers/Calves | - | - | - |
| Cull Cows | - | - | - |
| Milk Sales - June | - | - | - |
| Milk Sales - July | - | - | - |
| Milk Sales - August | - | - | - |
| Patronage Dividend | - | - | - |
| Farm Share | - | - | - |
| Auction Proceeds - Equipment (Ag Direct) | - | - | - |
| Auction Proceeds - Equipment | - | - | - |
| Auction Proceeds - Cows | - | - | - |
| Auction Proceeds - Titled Vehicles | - | - | - |
| Sale Proceeds - House and Lot | - | - | - |
| Asset Sale Proceeds | - | - | - |
| Feed Sales | - | - | - |
| (-) Cash Refunds | - | - | - |
| **B. Accounts Receivable** | $ - | $ - | $ - |
| **C. Other Receipts** | $ - | $ - | $ - |
| DFA Retains | - | - | - |
| Trust Actions | - | - | - |
| Other Receipts | - | - | - |
| **Total Income** | $ - | $ - | $ - |

**Las Uvas Valley Dairies**
**Liquidating Trust**
**Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)**
*Disbursements Summary*

| | **Pay xx7401** | **xx8300** | **TOTAL** |
|---|---:|---:|---:|
| **Disbursements** | | | |
| Class 1 Claims | - | - | - |
| Class 8 Claims | - | - | - |
| A. AP | - | - | - |
| B. Bank Charges | 9.75 | 540.00 | 549.75 |
| C. Contract Labor | - | - | - |
| D. Fixed Asset Payments | - | - | - |
| E. Insurance | - | - | - |
| F. Inventory Payments | - | - | - |
| G. Leases | - | - | - |
| H. Manufacturing Supplies | - | - | - |
| I. Office Supplies | - | - | - |
| J. Payroll - Net | - | - | - |
| K. Professional Fees | - | - | - |
| L. Rent | - | - | - |
| M. Repairs & Maintenance | - | - | - |
| N. Secured Creditor Payments | - | - | - |
| O. Taxes Paid - Payroll | - | - | - |
| P. Taxes Paid - Sales & Use | - | - | - |
| Q. Taxes Paid - Other | - | - | - |
| R. Telephone | - | - | - |
| S. Travel & Entertainment | - | - | - |
| Y. US Trustee Quarterly Fees | - | - | - |
| T. Trust Administration | - | 57,654.50 | 57,654.50 |
| U. Utilities | - | - | - |
| V. Vehicle Expenses | - | - | - |
| W. Other Operating Expenses | - | - | - |
| **Total Disbursements** | $ 9.75 | $ 58,194.50 | $ 58,204.25 |

**Las Uvas Valley Dairies**
**Liquidating Trust**
**Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)**
*i. Cash Receipts*

| i. Cash Receipts | | | | | | |
|---|---|---|---|---|---|---|
| DATE CLR | PAYEE | DESCRIPTION | Category | Sub Category | AMOUNT | ACCOUNT |
| | | | | Total Cash Receipts | - | |

**Las Uvas Valley Dairies**
**Liquidating Trust**
**Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)**
*ii. Cash Disbursements*

| Check # | DATE CLR | PAYEE | DESCRIPTION | Category | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 01/20/22 | Bank of The West | Miscellaneous Fees | B. Bank Charges | 180.00 | xx8300 |
| 8583 | 01/24/22 | Clark Hill P.L.C. | Legal Fees | T. Trust Administration | 13,822.50 | xx8300 |
| 8584 | 02/18/22 | Clark Hill P.L.C. | Legal Fees | T. Trust Administration | 25,092.50 | xx8300 |
| | 02/22/22 | Bank of The West | Miscellaneous Fees | B. Bank Charges | 180.00 | xx8300 |
| 8585 | 03/17/22 | Clark Hill P.L.C. | Legal Fees | T. Trust Administration | 18,739.50 | xx8300 |
| | 03/21/22 | Bank of The West | Miscellaneous Fees | B. Bank Charges | 180.00 | xx8300 |
| | 01/31/22 | 1st New Mexico Bank | Miscellaneous Fees | B. Bank Charges | 3.25 | Pay xx7401 |
| | 02/28/22 | 1st New Mexico Bank | Miscellaneous Fees | B. Bank Charges | 3.25 | Pay xx7401 |
| | 03/31/22 | 1st New Mexico Bank | Miscellaneous Fees | B. Bank Charges | 3.25 | Pay xx7401 |

**Total Cash Disbursements**    58,204.25

# Las Uvas Valley Dairies
# Liquidating Trust
## Quarterly Reporting, 2022 Q1 (Jan 1 to Mar 31)

|  |  | 1| | 03/31/22 |
|---|---|---|---|---:|
| **ASSETS** | | | | |
| **CASH BALANCES** | | | | |
| | 1st NM xx7401 - Prior Payroll | | 26,113 | |
| | BK of the West - xx8300 - Trust General | | 3,038,325 | |
| | | | | 3,064,438 |
| **PROPERTY** | | | | |
| | Uvas Springs Road | | - | |
| | | | | - |
| **DFA RETAINS** | | | | |
| | DFA Retains | | - | |
| | | | | - |
| **TRUST ACTIONS** | | | | |
| | | | - | |
| | | | | - |
| **TOTAL ASSETS** | | | | **3,064,438** |
| | | | | |
| **LIABILITIES** | | | | |
| | Class 1 - Priority Tax Claims | | - | |
| | Class 5 - Dona Ana Treasurer | | - | |
| | Class 8 - General Unsecured | | 12,517,519 | (see Attached Exhibit A) |
| 2| | Other Dona Ana County Taxes | | 488,146 | |
| 3| | MetLife Reimbursement Claim | | 785,852 | |
| | Winddown Liabilities & Expenses | | 450,000 | |
| **TOTAL LIABILITIES** | | | | **14,241,516** |
| | | | | |
| **ESTIMATED SHORTFALL – PARTNERS' LIABILITY** | | | | **(11,177,078)** |

1| Successor Trustee continues to reconcile the claims and related 502(h) claims. Amounts subject to verification and resolution of pending adversaries.

2| Disputed. See Marcus' Objection Dona Ana County's Motion to Amend Proof of Claim and for Administrative Expenses Dkt. No. 587.

3| Per Global Settlement Agreement less distributions to date. See Dkt. No. 549.

All amounts above subject to verification and increases/decreases due to new information obtained and/or additional amounts due and/or accruing (e.g., administrative expenses).

The Successor Trustee (the "Trustee"), his counsel and advisors, obtained the information related to Las Uvas Valley Dairies ("LUVD") assets and liabilities from LUVD's financial records and the Bankruptcy docket. Neither the Trustee, his agents, his advisors nor his attorneys guarantee or warrant the accuracy, the completeness, or correctness of the above data, and none of these parties are or may be liable for any loss or injury arising out of or caused in whole or in part by any acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained therein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

# EXHIBIT A

| Class | Claims No. | Schedule | Creditor | Amount | Class 8 Initial Distribution | Class 8 Claims Balance as of 03/31/22 (Incl. Settlements & Adj.) Claim Balance | ProRata |
|---|---|---|---|---|---|---|---|
| 8 | 1 | | NM Taxation & Revenue | 1,724.04 | 279.93 | 1,444.11 | 0.012% |
| 8 | 3 | | Southern Dairy Supply CO. | 95,143.99 | 15,448.20 | 79,695.79 | 0.637% |
| 8 | 4 | | Interstate Billing Service | 678.90 | 110.23 | 568.67 | 0.005% |
| 8 | 5 | | Pinnacle Agriculture Distribution | 764,319.74 | 124,099.92 | 640,219.82 | 5.115% |
| 8 | 6 | | Hi Pro Feeds | 175,217.00 | 28,449.37 | - | 0.000% |
| 8 | 7 | | United Refrigeration | 12,657.34 | 2,055.13 | 10,602.21 | 0.085% |
| 8 | 8 | | Cumberland Valley Analytical Services | 15,195.28 | 2,467.20 | 12,728.08 | 0.102% |
| 8 | 9 | | W.W. Grainger | 2,110.76 | 342.72 | 1,768.04 | 0.014% |
| 8 | 10 | | Virtus Nutrition | 26,092.44 | 4,236.54 | 21,855.90 | 0.175% |
| 8 | 11 | | Alta Genetics USA | 338,566.44 | 54,971.85 | 283,594.59 | 2.266% |
| 8 | 13 | | Ludwig Farms | 174,622.76 | 28,352.89 | 146,269.87 | 1.169% |
| 8 | 14 | | Chairez Trucking | 75,938.06 | 12,329.80 | 63,608.26 | 0.508% |
| 8 | 15 | | I & A Transportation | 31,918.80 | 5,182.54 | 26,736.26 | 0.214% |
| 8 | 17 | | Holstein Assoc. | 3,906.09 | 634.22 | 3,271.87 | 0.026% |
| 8 | 18 | | Hansen Mueller | 31,453.19 | 5,106.94 | 26,346.25 | 0.210% |
| 8 | 19 | | Cereal Byproducts Co. | 7,515.04 | 1,220.19 | 306,294.85 | 2.447% |
| 8 | 20 | | C.J. & Sons Transport | 237,600.00 | 38,578.28 | - | 0.000% |
| 8 | 21 | | Ramos Farms | 178,709.48 | 29,016.43 | 149,693.05 | 1.196% |
| 8 | 22 | | Guillermo Villegas | 11,000.00 | 1,786.03 | 9,213.97 | 0.074% |
| 8 | 23 | | Madero Dairy Systems | 154,940.19 | 25,157.10 | 129,783.09 | 1.037% |
| 8 | 24 | | Cattle Feeds | 395,064.01 | 64,145.16 | 330,918.85 | 2.644% |
| 8 | 25 | | Eagle Supply Co. | 204,719.30 | 33,239.56 | 425,397.74 | 3.398% |
| 8 | 26 | | Two Rivers Veterinary Supply | 6,371.42 | 1,034.51 | 5,336.91 | 0.043% |
| 8 | 27 | | The Dairy Authority | 69,045.74 | 11,210.71 | 57,835.03 | 0.462% |
| 8 | 28 | | DBS Commodities | 866,284.96 | 140,655.66 | 947,379.30 | 7.568% |
| 8 | 29 | | Baron Supply | 2,659.53 | 431.82 | 2,227.71 | 0.018% |
| 8 | 31 | | Michael Conner | 13,500.00 | 2,191.95 | 11,308.05 | 0.090% |
| 8 | 32 | | Commodity Specialists Co. | 71,240.06 | 11,567.00 | 59,673.06 | 0.477% |
| 8 | 33 | | Iron City Equipment | 67,336.36 | 10,933.17 | 56,403.19 | 0.451% |
| 8 | 34 | | Imperial Western / Euler Hermes | 99,962.64 | 16,230.58 | 83,732.06 | 0.669% |
| 8 | 38 | | ST Genetics | 40,920.00 | 6,644.04 | 34,275.96 | 0.274% |
| 8 | 39 | | Fleetpride | 1,630.89 | 264.80 | 1,366.09 | 0.011% |
| 8 | 40 | | South Plains Implement | 51,872.92 | 8,422.42 | 43,401.50 | 0.347% |
| 8 | 42 | | Estelle Farms | 140,779.40 | 22,857.86 | 117,921.54 | 0.942% |
| 8 | 43 | | New Mexico Gas Co. | 104,915.70 | 17,034.79 | 87,880.91 | 0.702% |
| 8 | 46 | 3.58 | Nasco | 277.25 | 45.02 | 232.23 | 0.002% |
| 8 | 47 | | NM State Land Office | 629.00 | 102.13 | - | 0.000% |
| 8 | 50 | | Big River Partnership | 49,907.75 | 8,103.35 | 41,804.40 | 0.334% |
| 8 | 51 | | Wagner Equipment | 95,218.68 | 15,460.32 | 79,758.36 | 0.637% |
| 8 | 52 | | Viriglia Adele Beyer- Junfin | 16,840.00 | 2,734.25 | 14,105.75 | 0.113% |
| 8 | 53 | late | Nathan Segal & Co., Inc. | - | - | - | 0.000% |
| 8 | 54 | | WW Dairy Cattle, LLC | 216,000.00 | 35,071.16 | 180,928.84 | 1.445% |
| 8 | 55 | late | Jeani Anderson | 520,000.00 | - | 520,000.00 | 4.154% |
| 8 | | 3.1 | 3CRW Big O | 37,263.50 | 6,050.34 | 31,213.16 | 0.249% |
| 8 | | 3.2 | 4Rivers Equipment | 247.66 | 40.21 | 207.45 | 0.002% |
| 8 | | 3.3 | Ag Sure | 138,500.45 | 22,487.83 | 116,012.62 | 0.927% |
| 8 | | 3.4 | AgriTech Analytics | 3,906.91 | 634.35 | 3,272.56 | 0.026% |
| 8 | | 3.5 | Alamo Livestock | 75,846.00 | 12,314.85 | 63,531.15 | 0.508% |
| 8 | | 3.7 | Animal Health International | 284,434.98 | 46,182.71 | 238,252.27 | 1.903% |
| 8 | | 3.8 | AT Disposal | 86.00 | 13.96 | - | 0.000% |
| 8 | | 3.11 | Border International | 1,256.67 | 204.04 | 1,052.63 | 0.008% |
| 8 | | 3.12 | Burns Butane Co. | 11.88 | 1.93 | 9.95 | 0.000% |

# EXHIBIT A

| Class | Claims No. | Schedule | Creditor | Amount | Class 8 Initial Distribution | Claim Balance | ProRata |
|---|---|---|---|---|---|---|---|
| | | | | | | Class 8 Claims Balance as of 03/31/22 (Incl. Settlements & Adj.) | |
| 8 | | 3.13 | California State Disbursement | 585.55 | 95.07 | - | 0.000% |
| 8 | | 3.14 | Cargill Animal Nutrition | 19,526.26 | 3,170.41 | 16,355.85 | 0.131% |
| 8 | | 3.15 | Carquest | 706.10 | 114.65 | 591.45 | 0.005% |
| 8 | | 3.2 | Columbus Electric Co-op | 64,748.45 | 10,512.98 | - | 0.000% |
| 8 | | 3.22 | Commodity & Ingredient Hedging | 2,250.00 | 365.32 | 1,884.68 | 0.015% |
| 8 | | 3.23 | Crest Automation | 10,955.48 | 1,778.80 | 9,176.68 | 0.073% |
| 8 | | 3.26 | DHI Computing Service | 12,862.70 | 2,088.47 | 10,774.23 | 0.086% |
| 8 | | 3.27 | Double K | 15,174.47 | 2,463.83 | 12,710.64 | 0.102% |
| 8 | | 3.3 | El Paso Electric | 45,715.66 | 7,422.69 | 38,292.97 | 0.306% |
| 8 | | 3.33 | Fred Zamora | 21,325.00 | 3,462.47 | - | 0.000% |
| 8 | | 3.34 | Genske, Mulder & Co. | 60,055.00 | 9,750.92 | 50,304.08 | 0.402% |
| 8 | | 3.35 | Gordon Environmental | 7,995.58 | 1,298.21 | 6,697.37 | 0.054% |
| 8 | | 3.37 | H2O Deming | 13,520.00 | 2,195.20 | 11,324.80 | 0.090% |
| 8 | | 3.39 | Hatch Auto Electric | 8,972.43 | 1,456.82 | 7,515.61 | 0.060% |
| 8 | | 3.4 | Hatfield Manufacturing | 4,425.00 | 718.47 | 3,706.53 | 0.030% |
| 8 | | 3.42 | Honstein Oil | 8,820.52 | 1,432.16 | 7,388.36 | 0.059% |
| 8 | | 3.44 | IAS Laboratories | 95.00 | 15.42 | 79.58 | 0.001% |
| 8 | | 3.45 | Imerys | 1,694.06 | 275.06 | 1,419.00 | 0.011% |
| 8 | | 3.49 | Laird Manufacturing | 10,464.12 | 1,699.02 | 8,765.10 | 0.070% |
| 8 | | 3.5 | Landus Cooperative | 38,993.10 | 6,331.17 | 32,661.93 | 0.261% |
| 8 | | 3.53 | Mesa Feed Co. | 4,146.31 | 673.22 | 4,146.31 | 0.033% |
| 8 | | 3.55 | Midwest Systems, Inc. | 3,109.74 | 504.92 | 2,604.82 | 0.021% |
| 8 | | 3.56 | Mixer Center Rosewell | 28,410.49 | 4,612.91 | 23,797.58 | 0.190% |
| 8 | | 3.57 | Morrison Supply | 6,735.20 | 1,093.57 | 5,641.63 | 0.045% |
| 8 | | 3.59 | Nathan Segal | 26,403.09 | 4,286.98 | 22,116.11 | 0.177% |
| 8 | | 3.61 | New Mexico Irrigation | 4,162.52 | 675.85 | 3,486.67 | 0.028% |
| 8 | | 3.62 | New Mexico Mutual | 156.52 | 25.41 | 131.11 | 0.001% |
| 8 | | 3.63 | Ortega Trucking | 2,782.08 | 451.72 | 2,330.36 | 0.019% |
| 8 | | 3.64 | Peacock Brothers | 4,336.84 | 704.16 | 3,632.68 | 0.029% |
| 8 | | 3.66 | Pipe Metal Sales | 5,406.58 | 877.85 | 4,528.73 | 0.036% |
| 8 | | 3.68 | Raul Zamora | 110,954.01 | 18,015.21 | 92,938.80 | 0.742% |
| 8 | | 3.69 | Rush Truck Center | 684.90 | 111.20 | 573.70 | 0.005% |
| 8 | | 3.7 | Sanco Oil | 17,016.56 | 2,762.92 | 14,253.64 | 0.114% |
| 8 | | 3.71 | SemiTorr Group | 2,616.86 | 424.89 | 2,191.97 | 0.018% |
| 8 | | 3.72 | Sherman Pease Scale | 6,204.74 | 1,007.44 | 5,197.30 | 0.042% |
| 8 | | 3.75 | Southwest Disposal | 6,473.88 | 1,051.14 | 5,422.74 | 0.043% |
| 8 | | 3.76 | Southwest Veterinary Clinic | 7,086.33 | 1,150.58 | 5,935.75 | 0.047% |
| 8 | | 3.77 | Southwest Well Scan | 12,150.00 | 1,972.75 | 10,177.25 | 0.081% |
| 8 | | 3.79 | Tallgrass Commodities | 117,262.93 | 19,039.57 | 98,223.36 | 0.785% |
| 8 | | 3.83 | Univar USA | 14,785.39 | 2,400.65 | 12,384.74 | 0.099% |
| 8 | | 3.84 | Valley Ag | 19,278.73 | 3,130.22 | 16,148.51 | 0.129% |
| 8 | | 3.85 | Verizon Wireless | 8,333.59 | 1,353.10 | 6,980.49 | 0.056% |
| 8 | | 3.88 | Waltrex | 4,618.66 | 749.92 | 3,868.74 | 0.031% |
| 8 | | 3.89 | Wild West Pest Control | 866.50 | 140.69 | 725.81 | 0.006% |
| 8 | | | MetLife Remaining Claim, per Dkt 549 | | | 6,481,297.00 | 51.778% |
| | | | | 6,678,906.13 | 1,000,000.00 | 12,517,518.61 | 100.000% |

# Las Uvas Valley Dairies Litigation Report
## (as of Mar 31, 2022)

### Filed Litigation

| Defendant | Demand | Case Number | Settlement Amount | Date of Settlement | Claim Amount | 502(h) Waiver? | Status |
|---|---|---|---|---|---|---|---|
| Jeani Anderson | $ 520,000.00 | 17-12356 | n/a | n/a | $ 520,000.00 | n/a | Late Claim Filed; Objection to be Filed |
| Dona Ana County Treasurer | | 20-cv-01014 | | | | | Appeal Pending at 10th Circuit. Fully Briefed and Awaiting Argument Date or Disposition |
| Hortons & Coll (Chapter 7 Trustee) | | 20-01004 | $ 1,975,000.00 | 01/13/21 | | | Finalized |
| Dean Horton | | 19-01009 [1] | $60,000.00 | 01/13/21 | | | Finalized |
| Frances Horton | | 19-01009 [2] | $60,000.00 | 01/13/21 | | | Finalized |
| Mitchell Horton | | 19-01009 | $ 35,000.00 | 08/26/19 | $ - | n/a | Finalized |
| Loren Horton | | 19-01009 | $ 250,000.00 | 07/24/17 | $ - | n/a | Finalized |
| Landaverde, et al. | $ 21,000.00 | 19-01010 | $ 21,500.00 | 04/04/19 | N/A | n/a | Finalized |
| Cattle Feeds Ltd. LP | $ 250,000.00 | 19-01013 | $ 115,000.00 | 07/01/19 | $ 395,064.01 | yes | Finalized |
| Cereal Byproducts Company | $ 601,021.66 | 19-01014 | $ 300,000.00 | 06/28/19 | $ 7,515.04 | no | Finalized |
| Commodities Specialists Company | $ 180,145.20 | 19-01015 | $ 29,573.70 | 05/21/19 | $ 71,240.06 | yes | Finalized |
| DBS Commodities, Ltd. Co. | $ 1,000,000.00 | 19-01016 | $ 221,750.00 | 07/11/19 | $ 866,284.96 | no | Finalized |
| H20 Deming, LLC | $ 77,431.00 | 19-01017 | $ 4,000.00 | 09/05/19 | $ 13,520.00 | yes | Finalized |
| Hansen-Mueller Co. | $ 229,762.39 | 19-01018 | $ - | 07/08/19 | $ 31,453.19 | n/a | Finalized |
| Hi Pro Feeds | $ 606,045.80 | 19-01019 | $ 94,500.00 | 10/23/19 | Waived | Yes | Finalized |
| Imperial Western Products, Inc. | $ 278,700.12 | 19-01020 | $ 15,000.00 | 07/11/19 | $ 99,962.64 | yes | Finalized |
| Virtus Nutrition | $ 235,969.36 | 19-01021 | $ 15,000.00 | 07/23/19 | $ 78,753.51 | yes | Finalized |
| Eagle Supply Company, LLC | $ 1,119,810.96 | 19-01024 | $ 261,500.00 | 08/02/19 | $ 425,397.74 | no | Finalized |
| Fred Zamora | $ 30,000.00 | 19-01025 | $ 12,500.00 | 05/06/19 | Waived | yes | Finalized |
| J&V General Contractor | $ 43,907.00 | 19-01026 | n/a | n/a | n/a | n/a | Judgment 6/10/2019 $44,257; Collection Ceased |
| Nathan Segal and Co., Inc. | $ 318,781.89 | 19-01027 | $ - | - | $ 22,116.11 | n/a | Dismissed |
| Rogelio C. Ortega, d/b/a Ortega Trucking | $ 32,748.80 | 19-01028 | n/a | n/a | $ 2,782.08 | n/a | Judgment 7/22/2019 $33,098.80; Collection Ceased |
| Robert Franzoy | $ 18,476.73 | 19-01029 | $ 1,500.00 | 09/23/19 | Waived | yes | Finalized |
| Tallgrass Commodities, LLC | $ 526,535.12 | 19-01030 | $ 35,000.00 | 08/20/19 | $ 117,262.93 | yes | Finalized |
| Wagner Equipment Co. | $ 82,237.45 | 19-01031 | $ 26,200.00 | 07/15/19 | $ 95,218.68 | yes | Finalized |
| Desert Gardens | $ 21,428.74 | 19-01032 | $ 6,000.00 | 09/18/19 | $ - | yes | Finalized |
| Honstein Oil Company | $ 74,659.26 | 19-01033 | $ - | 06/19/19 | $ 8,820.52 | n/a | Dismissed |
| Koziels Hooftrimming | $ 30,689.39 | 19-01034 | n/a | n/a | n/a | n/a | Judgment 6/20/2019 $31,039.39; Collection Ceased |
| South Plains Implement, Ltd. | $ 107,975.89 | 19-01035 | $ 5,750.00 | 09/06/19 | $ 51,823.92 | yes | Finalized |
| Cabela's LLC | $ 27,114.74 | 19-01036 | $ 20,000.00 | 07/10/19 | $ - | yes | Finalized |

[1] Joint with Frances
[2] Joint with Dean

### Demand Letters

| Defendant | Demand | Case Number | Settlement Amount | Date of Settlement | Claim Amount | 502(h) Waiver? | Status |
|---|---|---|---|---|---|---|---|
| C.J. & Sons | | Demand | $ 15,000.00 | 05/19/19 | Waived | yes | Finalized |
| Iron City Equipment | | Demand | $ 10,000.00 | 07/10/19 | $ 67,336.36 | yes | Finalized |
| Landus Cooperative | | Demand | $ 6,466.60 | 08/27/19 | $ 38,993.10 | yes | Finalized |